Case 8:05-cv-01544-JSM-TBM   Document 29-1   Filed 12/27/2005   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED
JAN 1 3 2006
NANCY MAYER WHITTINGTON, CLER
U.S. DISTRICT COURT

EDMUND C. SCARBOROUGH, et al.,

    Plaintiffs,

v.

NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS,

    Defendant.
_____/

CASE NUMBER   1:06CV00079

JUDGE: Reggie B. Walton

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 01/13/2006

JURY ACTION

## ORDER

THIS CAUSE comes before the Court on Defendant's Motion to Transfer for Purpose of Consolidation (Dkt. # 23), Memorandum of Law in Support of Defendant's Motion to Transfer for Purpose of Consolidation (Dkt. # 24), and Plaintiffs' Memorandum of Law in Opposition to National Association of Surety Bond Producer's Motion to Transfer (Dkt. # 26). The Court, having considered the motion and memoranda, and having conferred with the Honorable Reggie B. Walton, finds that the motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Transfer for Purpose of Consolidation (Dkt. # 23) is **GRANTED**.

2. Because this case involves questions of law or fact common to those in *Edmund C. Scarborough, et al., v. Francis J. Harvey, Secretary of the Army and Donald H. Rumsfeld, Secretary of Defense,* Case No. 1:05-cv-1427, currently pending before the Honorable Reggie B. Walton in the United States District Court for the District

of Columbia, the Clerk is directed to **TRANSFER** this case to Judge Reggie B. Walton, with Judge Walton's consent, for all further proceedings.

3. Judge Walton will determine if the cases are appropriate for consolidation, or if this case should eventually be returned to the Middle District of Florida for dispositive motions or trial.

4. Defendant's Motion to Dismiss (Dkt. # 6) is DENIED. The Court finds that these issues are more appropriate for summary judgment.

5. The Clerk is directed to administratively close this case and terminate all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2005.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Courtroom Deputy

S:\Even\2005\05-cv-1544.transfer to DC dist court.wpd

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: *[signature]*
Deputy Clerk

# UNITED STATES DISTRICT COURT
## Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Tampa Division Manager
(813) 301-5400

December 29, 2005

RE: Edmund C. Scarborough, et al., vs. National Association of Surety Bond Producers

CASE NUMBER: 8:05-cv-1544-T-30TBM

### TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above numbered case has been transferred to your district pursuant to Order of Court signed by United States District Judge James S. Moody, Jr. on December 27, 2005.

Transmitted with this letter is a certified copy of the docket sheet, certified copy of the order transferring the case and an extra copy of this letter. I request that you date stamp the copy of this letter and return it to me in the addressed envelope provided.

Sincerely,

SHERYL L. LOESCH, CLERK

/s/ Ariel Guzman
Deputy Clerk

Receipt is acknowledged of the documents described herein.

New Case Number: _____

Date of Receipt: _____

By: _____
    Deputy Clerk

CLOSED, TRLSET

## U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:05-cv-01544-JSM-TBM

Scarborough et al v. National Association of Surety Bond Producers
Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Thomas B. McCoun, III
Demand: $45,000,000
Cause: 28:1332 Diversity-Libel, Assault, Slander

Date Filed: 08/19/2005
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Edmund C. Scarborough**          represented by  **Jason P. Kopelow**
Vezina, Lawrence, & Piscitelli, P.A.
350 E. Las Olas Blvd., Suite 1130
Ft. Lauderdale, FL 33301
954/728-1270
Fax: 954/728-1271
Email: jkopelow@vlplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Albert Piscitelli**
Vezina, Lawrence, & Piscitelli, P.A.
350 E. Las Olas Blvd., Suite 1130
Ft. Lauderdale, FL 33301
954/728-1270
Fax: 954-728-1271
Email: mpiscitelli@vlplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**International Bonding & Construction Services, Inc.,**          represented by  **Jason P. Kopelow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Albert Piscitelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Larry James Wright**          represented by  **Jason P. Kopelow**
(See above for address)

|  |  |
|---|---|
|  | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|  | **Michael Albert Piscitelli**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Plaintiff**

The Underwriter's Group         represented by  **Jason P. Kopelow**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Michael Albert Piscitelli**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

George James Gowen              represented by  **Jason P. Kopelow**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Michael Albert Piscitelli**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

First Mountain BanCorp          represented by  **Jason P. Kopelow**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Michael Albert Piscitelli**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

V.

**Defendant**

National Association of Surety Bond     represented by  Eileen P. Kavanagh
Producers                                               Litchfield Cavo LLP
                                                        6 Kimball Lane, Suite 100
                                                        Lynnfield, MA 019140
                                                        US

781/309-1500
Email: kavanagh@litchfieldcavo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Rodney Runyons**
Litchfield Cavo LLP
5201 West Kennedy Blvd.
Suite 450
Tampa, FL 33609
813.289.0690
Fax: 813.289.0692
Email: runyons@litchfieldcavo.com
*TERMINATED: 11/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Oonk**
Litchfield Cavo, LLP
5201 West Kennedy Boulevard
Tampa, FL 33607-5946
813/289-0690
Fax: 813/289-0692
Email: oonk@litchfieldcavo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C. Kober**
Litchfield Cavo LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 019140
US
781/309-15000
Fax: 781/246-0167
Email: kober@litchfieldcavo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2005 | 1 | COMPLAINT against National Association of Surety Bond Producers ; jury demand (Filing fee $ 250 receipt number T033720), filed by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc., Larry James Wright.(ce, ) (Entered: 08/19/2005) |
| 08/22/2005 | 2 | NOTICE of designation under Local Rule 3.05 - track 2 issued by Deputy Clerk on 8/22/2005. (smb) (Entered: 08/22/2005) |
| 09/07/2005 | 3 | Summons issued as to National Association of Surety Bond Producers. |

| | | |
|---|---|---|
| | | Consent(s) issued. (ag) (Entered: 09/07/2005) |
| 10/04/2005 | 4 | NOTICE of Appearance by J. Rodney Runyons on behalf of National Association of Surety Bond Producers (Runyons, J.) (Entered: 10/04/2005) |
| 10/04/2005 | 5 | CERTIFICATE of interested persons and corporate disclosure statement by National Association of Surety Bond Producers. (Runyons, J.) (Entered: 10/04/2005) |
| 10/04/2005 | 6 | MOTION to dismiss Incoporating a Motion to Strike and Motion for Judicial Notice and Incorporated Memorandum of Law by National Association of Surety Bond Producers. (Attachments: # 1 Exhibit Composite Exhibit "A")(Runyons, J.) (Entered: 10/04/2005) |
| 10/05/2005 | 7 | ORDER to comply with the administrative procedures regarding electronic filing Re: Attorney JASON P. KOPELOW. Signed by Judge James S. Moody Jr. on 10/5/2005. (len) (Entered: 10/05/2005) |
| 10/06/2005 | 8 | RETURN of service executed on 09/14/2005 by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc., Larry James Wright as to National Association of Surety Bond Producers. (ag) (Entered: 10/07/2005) |
| 10/11/2005 | 9 | NOTICE by Edmund C. Scarborough, International Bonding & Construction Services, Inc., re 7 Order to comply with electronic filing (Kopelow, Jason) (Entered: 10/11/2005) |
| 10/12/2005 | 10 | MOTION for protective order *to seal attachment to defendant's motion to dismiss* by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc.,, Larry James Wright. (Attachments: # 1) (Piscitelli, Michael) (Entered: 10/12/2005) |
| 10/18/2005 | 11 | MOTION for Extension of Time to File *Memorandum of Law* by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc.,, Larry James Wright. (Piscitelli, Michael) (Entered: 10/18/2005) |
| 10/19/2005 | 12 | CASE MANAGEMENT REPORT. (Piscitelli, Michael) (Entered: 10/19/2005) |
| 10/25/2005 | 13 | ENDORSED ORDER granting 11 Agreed Motion for Extension of Time for Plaintiffs to file their memo of law in opposition to Defendant's Motion to Dismiss, Motion to Strike and Motion for Judicial Notice. Extension granted through 10-24-05. Signed by Judge James S. Moody Jr. on 10/25/2005. (len) (Entered: 10/25/2005) |
| 10/25/2005 | 14 | CASE MANAGEMENT AND SCHEDULING ORDER: Joinder of Parties due by 1/17/2006. Fact Discovery due by 6/9/2006. Dispositive motions due by 9/15/2006. Pretrial Conference set for WEDNESDAY, 12/6/2006 09:00 AM before Judge James S. Moody Jr. Jury Trial set for JANUARY 2007. Signed by Judge James S. Moody Jr. on 10/25/2005. |

| | | |
|---|---|---|
| | | (len) (Entered: 10/25/2005) |
| 10/26/2005 | 15 | Plaintiffs' EMERGENCY MOTION for Extension of Time to file their response to Defendant's Motion to Dismiss. (Faxed copy accepted in Chambers due to power failure in counsel's office as a result of Hurricane Wilma.) (len) (Entered: 10/26/2005) |
| 10/26/2005 | 16 | ENDORSED ORDER granting 15 Plaintiffs' Emergency Motion for Extension of Time to file response to Defendant's 6 Motion to Dismiss. Responses due by 11/14/2005. Signed by Judge James S. Moody Jr. on 10/26/2005. (len) (Entered: 10/26/2005) |
| 10/31/2005 | 17 | ENDORSED ORDER denying 10 Plaintiffs' Motion for Protective Order to Seal Attachment to Defendant's Motion to Dismiss. Signed by Judge James S. Moody Jr. on 10/31/2005. (len) (Entered: 10/31/2005) |
| 10/31/2005 | 18 | MEMORANDUM in opposition re 6 Motion to dismiss filed by Edmund C. Scarborough. (Piscitelli, Michael) (Entered: 10/31/2005) |
| 11/03/2005 | 19 | Joint MOTION to substitute attorney by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/03/2005) |
| 11/14/2005 | 20 | ENDORSED ORDER granting 19 Motion for Substitution of Counsel. Added attorney Lisa A. Oonk for National Association of Surety Bond Producers. Signed by Judge Thomas B. McCoun III on 11/14/2005. (as) (Entered: 11/14/2005) |
| 11/16/2005 | 21 | MOTION to appear pro hac vice by Eileen P. Kavanagh on behalf of National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/16/2005) |
| 11/16/2005 | 22 | MOTION to appear pro hac vice by Peter C. Kober on behalf of National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/16/2005) |
| 11/17/2005 | 23 | MOTION to transfer case *For Purpose of Consolidation* by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/17/2005) |
| 11/17/2005 | 24 | MEMORANDUM in support re 23 Motion to transfer case *for purpose of consolidation* filed by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/17/2005) |
| 11/18/2005 | 25 | NOTICE by National Association of Surety Bond Producers re 23 MOTION to transfer case *For Purpose of Consolidation of Filing Index of Exhibits* (Attachments: # 1 Exhibit Exhibtits A, B, C, D, E,F to Motion For Transfer)(Oonk, Lisa) (Entered: 11/18/2005) |
| 12/05/2005 | 26 | MEMORANDUM in opposition re 23 Motion to transfer case filed by Edmund C. Scarborough. (Attachments: # 1 Exhibit)(Piscitelli, Michael) (Entered: 12/05/2005) |
| 12/15/2005 | 27 | First MOTION for protective order by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 12/15/2005) |
| | | |

| | | |
|---|---|---|
| 12/15/2005 | 28 | MEMORANDUM in support re 27 Motion for protective order filed by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 12/15/2005) |
| 12/27/2005 | 29 | ORDER terminating 27 Motion for protective order, denying 6 Motion to dismiss, terminating 21 motion to appear pro hac vice, terminating 22 motion to appear pro hac vice, granting 23 Motion to transfer case. The Clerk shall TRANSFER this case to Judge Reggie B. Walton. The Clerk is directed to administratively CLOSE this case. Signed by Judge James S. Moody Jr. on 12/27/2005. (len) (Entered: 12/27/2005) |
| 12/29/2005 | 30 | TRANSFER to the District of Columbia. (ag) (Entered: 12/29/2005) |

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk