AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Scarborough, et al.
                                     )
        Plaintiff(s)                 )    **APPEARANCE**
                                     )
                                     )
        vs.                          )    CASE NUMBER   1:06-cv-00079-RBW
National Association of Surety Bond  )
Producers                            )
        Defendant(s)                 )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Paul G. Roche__ as counsel in this
                                (Attorney's Name)

case for: __National Association of Surety Bond Producers__
                    (Name of party or parties)


__January 19, 2006__                          __[signature]__
Date                                          Signature

                                              Paul G. Roche
__DC Bar No. 421471__                         Print Name
BAR IDENTIFICATION
                                              40 Tower Lane
                                              Address

                                              Avon, CT 06001-4222
                                              City        State      Zip Code

                                              (860) 255-5594
                                              Phone Number