A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Scarborough, et al.

               Plaintiff(s)

vs.

National Association of Surety Bond Producers

               Defendant(s)

)
)
)
)
)
)
)
)

**APPEARANCE**

CASE NUMBER    1:06-cv-00079-RBW


To the Clerk of this court and all parties of record:

Please enter the appearance of    Paul G. Roche    as counsel in this
                                (Attorney's Name)

case for:    National Association of Surety Bond Producers
                      (Name of party or parties)


January 19, 2006

Date


DC Bar No. 421471

BAR IDENTIFICATION


Signature

Paul G. Roche

Print Name

40 Tower Lane

Address

Avon, CT 06001-4222

City       State       Zip Code

(860) 255-5594

Phone Number