## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Scarborough, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Case Number 1:06-cv-00079-RBW |
| v. | ) | |
| | ) | |
| National Association of Surety Bond | ) | |
| Producers | ) | |
| | ) | |
| Defendants | ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF EILEEN P. KAVANAGH AND PETER C. KOBER**

Pursuant to Local Rule 83.2 of this Court, defendant National Association of Surety Bond Producers moves, through its attorney, Paul G. Roche, a member of the Bar of this Court who has already entered his Appearance in this action, for the admission, *pro hac vice*, of Eileen P. Kavanagh and Peter C. Kober to practice before this Court in the above-captioned litigation.

Eileen P. Kavanagh and Peter C. Kober have complied with the provisions of Local Rule 83.2, and their Declarations are attached hereto.

Eileen P. Kavanagh and Peter C. Kober are specially and particularly qualified to represent the National Association of Surety Bond Producers in this action because they were the Association's counsel in this action prior to its transfer from another United States District Court.

The National Association of Surety Bond Producers will be substantially prejudiced in this action if Eileen P. Kavanagh and Peter C. Kober are not permitted to appear in this case, because the Association will have lost the benefit of the knowledge, information and expertise they will provide in representing the Association in this litigation.

The National Association of Surety Bond Producers respectfully requests that Eileen P. Kavanagh and Peter C. Kober be permitted to appear *pro hac vice* in this action.

February 3, 2006

                                                  Respectfully submitted,

                                                  Paul G. Roche, Esq.
                                                  D.C. Bar No. 421471