Pittsburgh

| | 6 | 0 | 1 | 2 | 3 | 7 | 8 | 1 | 5 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CJS pd | Diane pd | Hurst pd | John Jarosak | Rick pd | MEP pd | JMC pd | M. Dube | SKC pd | Chrip pd |
| 9 | Ami Fields | PRN pd | MJJ pd | GMC pd | MJC pd | PMT pd | MSE pd | Diane pd | JAY pd | PAL pd |
| 5 | Jake Osker | JCS pd | Rick pd | TCC pd | Lisa C pd | JZG pd | SJC pd | Emc pd | MJ pd theriault | Barbara McLaughlin |
| 2 | Jay pd | Mark Murphy | PAL pd | Steve Goggie pd | TAJ pd | Kenzie pd | MEP pd | PAL pd | Linda Napier | CJS pd |
| 6 | Wendall pd theriault | KMC pd | Kathy Collins | SJC pd | Chuck pd | PRN pd | Diane pd | Rick pd | KMC pd | Ami Fields |
| 8 | Patti Perleaxter | DAC pd | Emc pd | Jill pd | PJP pd | Emc pd | RCC pd | JCS pd | Judy S pd | MJC pd |
| 0 | GMC pd | Kath C. pd | PRN pd | Paul pd | MJ theriault pd | MEP pd | Kiley pd | Mark Murphy | gjergj Palma pd | Jay pd |
| 1 | Rick pd | Nick pd | TAJ pd | JZG pd | JAY pd | PAL pd | M JD pd | Kathy Collins | Chuck pd | TCC pd |
| 7 | Zach | Barbara McLaughlin | Diane pd | Rick pd | Nick Palma pd | Chrissy C pd | Jake Osker pd | SKC pd | PRN pd | Eileen Kavanaugh |
| 4 | Emc pd | JMC pd | Maria pd | PAL pd | Linda Napier | DOL pd | DAC pd | Patti Perleaxter | Wendall theriault pd | rjp |