# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scarborough, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case Number 1:06-cv-00079-RBW |
| v. ) | |
| ) | |
| National Association of Surety Bond ) | |
| Producers ) | |
| ) | |
| Defendants ) | |

### DECLARATION OF EILEEN P. KAVANAGH

Eileen P. Kavanagh, Esquire, hereby certifies that:

1. I am a partner with the firm of Litchfield Cavo LLP, 6 Kimball Lane, Suite 100, Lynnfield, Massachusetts 01940-2682, which serves as trial counsel for the National Association of Surety Bond Producers in the above-captioned litigation. My telephone number is: (781) 309-1500.

2. I am a member of the bars of the states of New Jersey and Massachusetts. I am a member in good standing of the aforesaid bars, and am not under suspension or disbarment by any Court, nor have I been denied admission to any Court, nor have I been disciplined by any Court and I am otherwise eligible for admission to the bar of this Court.

3. I have never previously been admitted *pro hac vice* in this Court.

4.     Based upon the foregoing, I respectfully request that the Court grant my application to appear *pro hac vice* in this action on behalf of the National Association of Surety Bond Producers.

I swear under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

January 24, 2006

_____
Eileen P. Kavanagh