# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Scarborough, et al.                )
                                   )
         Plaintiffs                )
                                   )   Case Number 1:06-cv-00079-RBW
         v.                        )
                                   )
National Association of Surety Bond )
Producers                          )
                                   )
         Defendants                )

## DECLARATION OF PETER C. KOBER

Peter C. Kober, Esquire, hereby certifies that:

1. I am a partner with the firm of Litchfield Cavo LLP, 6 Kimball Lane, Suite 100, Lynnfield, Massachusetts 01940-2682, which serves as trial counsel for the National Association of Surety Bond Producers in the above-captioned litigation. My telephone number is: (781) 309-1500.

2. I am a member of the bars of the states of Massachusetts and New York. I am a member in good standing of the aforesaid bars, and am not under suspension or disbarment by any Court, nor have I been denied admission to any Court, nor have I been disciplined by any Court and I am otherwise eligible for admission to the bar of this Court.

3. I have never previously been admitted *pro hac vice* in this Court.

4. Based upon the foregoing, I respectfully request that the Court grant my application to appear *pro hac vice* in this action on behalf of the National Association of Surety Bond Producers.

I swear under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

February 2, 2006

_____
Peter C. Kober