# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Scarborough, et al.            )
                               )
    Plaintiffs     )
                               )    Case Number 1:06-cv-00079-RBW
    v.             )
                               )
National Association of Surety Bond )
Producers                      )
                               )
    Defendants     )

## NOTICE OF SUPPLEMENT TO PRO HAC VICE MOTION

Defendant National Association of Surety Producers hereby files a (proposed) Order in support of its earlier filed Motion for the admission, *pro hac vice*, of Eileen P. Kavanagh and Peter C. Kober to practice before this Court in the above-captioned litigation.

_____
Paul G. Roche

February 3, 2006.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Scarborough, et al.          )
                             )
    Plaintiffs      )
                             )
                             )    Case Number 1:06-cv-00079-RBW
    v.              )
                             )
National Association of Surety Bond )
Producers                    )
                             )
    Defendants      )

## ORDER

Upon review and consideration of the Motions for Admission *Pro Hac Vice* of Eileen P. Kavanagh and Peter C. Kober, it is this ___ day of ___, 2006, hereby

**ORDERED** that the motions are GRANTED and it is further

**ORDERED** that Eileen P. Kavanagh and Peter C. Kober are permitted to represent the National Association of Surety Bond Producers and to participate in any proceedings in the above-captioned mater; and it is further

**ORDERED** that Eileen P. Kavanagh and Peter C. Kober shall familiarize themselves with the Local Rules in conjunction with their appearances in the above-captioned case.

_____
Honorable Reggie B. Walton
United States District Court Judge