## CERTIFICATE OF SERVICE

I, Peter C. Kober, hereby certify that on *March 10, 2006*, I served the Defendant's Motion to Consolidate for Purposes of Discovery, by first class mail, postage prepaid, to the following:

Laurence Schor, Esquire
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, MW
Suite 900
Washington, DC 20005

_____
Peter C. Kober