IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND C. SCARBOROUGH, <br> INTERNATIONAL BONDING & <br> CONSTRUCTION SERVICES, INC., <br> DR. LARRY JAMES WRIGHT, <br> THE UNDERWRITER'S GROUP, <br> GEORGE J. GOWEN and <br> FIRST MOUNTAIN BANCORP, <br><br>         Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION OF <br> SURETY BOND PRODUCERS, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No: 1:06-cv-00079-RBW** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PRIVACY ACT PLAINTIFFS' CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO
DEFENDANT'S MOTION TO CONSOLIDATE DISCOVERY**

Undersigned counsel represents Plaintiffs, Edmund C. Scarborough, Dr. Larry Wright, and George J. Gowen ("Privacy Act Plaintiffs") in the unrelated Privacy Act case of *Scarborough v. Harvey, et al*, case number 05-1427 (RBW) pending before this Court. Counsel for Privacy Act Plaintiffs was served by Defendant, National Association of Surety Bond Producers ("NASBP"), with a motion to consolidate discovery of the above captioned case with the Privacy Act case.

Counsel for Privacy Act Plaintiffs has conferred with counsel for Defendant, who has consented to a two week extension for Privacy Act Plaintiffs and the other Plaintiffs in the instant action, International Bonding & Construction Services, Inc., The Underwriter's Group, and First Mountain Bancorp, as well as the United States Government, to file any responsive pleading.

Therefore, Privacy Act Plaintiffs respectfully move this Court for an enlargement of time through and including April 7, 2006 within which the Privacy Act Plaintiffs and the other Plaintiffs in the instant action, as well as the United States Government, may file a responsive pleading to Defendant's motion to consolidate discovery. The requested enlargement will not unduly delay either action and will not prejudice any party.

WHEREFORE, Privacy Act Plaintiffs respectfully request that the Court grant their Motion for Enlargement of Time to File Responsive Pleadings to Defendant's Motion to Consolidate Discovery. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
Laurence Schor, Esquire
D.C. Bar No. 11494
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
lschor@msadlaw.com
*Attorney for Edmund C. Scarborough and George Gowen*


_____/s/_____
Geoffrey T. Keating, Esquire
D.C. Bar No. 25239
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 296-9260
(202) 659-3732  (fax)
gkeating@msadlaw.com
*Attorney for Dr. Larry J. Wright*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via e-filing and regular mail this 22nd day of March, 2006, to the following:

Mike Piscitelli, Esq.
Vezina, Lawrence & Piscitelli, P.A.
350 East Las Olas Blvd., Suite 1130
Fort Lauderdale, FL 33301
*Attorney for Plaintiffs*

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
*Attorney for Defendant*

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
*Attorney for Defendant, United States,*
*in Scarborough v. Harvey, et al,*
*No: 05-1427 (RBW)*