**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDMUND C. SCARBOROUGH, ) <br> INTERNATIONAL BONDING & ) <br> CONSTRUCTION SERVICES, INC., ) <br> DR. LARRY JAMES WRIGHT, ) <br> THE UNDERWRITER'S GROUP, ) <br> GEORGE J. GOWEN and ) <br> FIRST MOUNTAIN BANCORP, ) <br> ) <br> Plaintiffs, ) **Case No: 1:06-cv-00079-RBW** <br> ) <br> v. ) <br> ) <br> NATIONAL ASSOCIATION OF ) <br> SURETY BOND PRODUCERS, ) <br> ) <br> Defendant. ) | |

## ORDER

Upon consideration of Privacy Act Plaintiffs' Consent Motion for Enlargement of Time to File Responsive Pleadings to Defendant's Motion to Consolidate Discovery ("Motion"), and being fully advised in the premises, it is hereby, and with the consent of the parties, ORDERED:

That the Privacy Act Plaintiffs' Motion is GRANTED, and

That the Privacy Act Plaintiffs, the other Plaintiffs in the instant action, International Bonding & Construction Services, Inc., The Underwriter's Group, and First Mountain Bancorp, as well as the United States Government shall have up to and including April 7, 2006, to respond to Defendant's motion to consolidate discovery.

ENTERED this _____ day of _____, 2006.

_____
Judge

Copies to:

>Mike Piscitelli, Esq.
>Vezina, Lawrence & Piscitelli, P.A.
>350 East Las Olas Blvd., Suite 1130
>Fort Lauderdale, FL 33301
>(954) 728-1270
>(954) 728-1271 (facsimile)
>*Attorney for Plaintiffs*
>
>Peter Kober, Esq.
>Litchfield Cavo, LLP
>6 Kimball Lane, Suite 100
>Lynnfield, MA 01940
>(781) 309-1500
>(781) 246-0167 (facsimile)
>*Attorney for Defendant*
>
>Laurence Schor, Esq.
>McManus, Schor, Asmar & Darden, L.L.P.
>1155 Fifteenth Street N.W.
>Suite 900
>Washington, DC 20005
>(202) 296-9260
>(202) 659-3732 (facsimile)
>*Attorney for Plaintiffs in*
>*Scarborough v. Harvey, et al*,
>*No: 05-1427 (RBW)*
>
>Kevin K. Robitaille, Esq.
>Special Assistant U.S. Attorney
>Civil Division
>555 Fourth St., N.W.
>Washington, D.C. 20530
>(202) 353-9895
>(202) 514-8780 (facsimile)
>*Attorney for Defendant, United States,*
>*in Scarborough v. Harvey, et al*,
>*No: 05-1427 (RBW)*