

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
901 NORTH STUART STREET
ARLINGTON, VIRGINIA 22203-1837

REPLY TO
ATTENTION OF

March 1, 2006

Litigation Division
General Litigation Branch

Peter A. Hammen, Chair
Health and Government Operations Committee
House Office Building, Room 241
12 Bladen Street
Annapolis, Maryland 21401-1991

Dear Chairman Hammen:

    I am a litigation attorney with the United States Army Litigation Division. This office is currently involved in litigation concerning a Criminal Alert Notice produced by the Army Criminal Investigation Command.

    I am confirming to you that Criminal Alert Notice No. 0006 - 04 -CID274 is marked For Official Use Only (FOUO) by the United States Army, Criminal Investigation Command. The FOUO designation is used for information which may be withheld from the public and would not be releasable under the Freedom of Information Act. It was not the intent of the Army nor the Criminal Investigation Command that the Criminal Alert Notice be made public. This is not an endorsement by the U.S. Army of any pending legislation.

                                          Sincerely,

                                          Patrick L. Gary
                                          Major, U.S. Army
                                          Litigation Attorney

EXHIBIT A