


**DEPARTMENT OF DEFENSE**
**OFFICE OF GENERAL COUNSEL**
1600 DEFENSE PENTAGON
WASHINGTON, DC 20301-1600

July 18 2005

Laurence Schor
Mcmanus, Schor, Asmar, & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005

VIA FAX & U.S. MAIL

Dear Mr. Schor:

    I write in response to your letter of July 6, 2005, requesting that the Department of Defense assume jurisdiction over an Army Criminal Investigation Command (CID) inquiry.

    Given that the CID investigation remains ongoing, further comment on its substance would be inappropriate at this time.

    I have been advised that the Commander, CID has directed the conduct of an inquiry into your allegations of misconduct on the part of CID personnel. That inquiry will be conducted by the CID Standards of Conduct Office, whose mission mirrors that of an Internal Affairs Department of a civilian police organization.

    Lieutenant Colonel Stephanie Stephens, Staff Judge Advocate, CID, has been designated as the agency counsel in this matter.

    Thank you for your inquiry.

Frank Jimenez
Deputy General Counsel (Legal Counsel)




EXHIBIT
B