**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDMUND C. SCARBOROUGH, <br> INTERNATIONAL BONDING & <br> CONSTRUCTION SERVICES, INC., <br> DR. LARRY JAMES WRIGHT, <br> THE UNDERWRITER'S GROUP, <br> GEORGE J. GOWEN and <br> FIRST MOUNTAIN BANCORP, <br><br>          Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION OF <br> SURETY BOND PRODUCERS, <br><br>          Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No: 1:06-cv-00079-RBW** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO SEAL DEFENDANT'S MOTION TO CONSOLIDATE FOR
PURPOSES OF DISCOVERY AND SUPPORTING MEMORANDUM**

Edmund C. Scarborough, Dr. Larry James Wright, and George J. Gowen,

Plaintiffs in *Edmund C. Scarborough, et al. v. Francis J. Harvey, et al.,* United States

District Court for the District of Columbia Case No.: 05-CV-01427 (RBW) ("Privacy Act

Plaintiffs") through counsel and pursuant to Federal Rule of Civil Procedure 7 and Local

Civil Rules 5.1(j) and 7, respectfully move the Court to issue an order to seal Defendant's

Motion to Consolidate for Purposes of Discovery and Supporting Memorandum

(collectively, for purposes hereof, "Motion").

As grounds for this motion, Privacy Act Plaintiffs state as follows:

1. The United States Department of the Army, Criminal Investigation Command,

issued Criminal Alert Notice ("CAN") No. 0006-04-CID274 in March 2005. The CAN

and its dissemination to the public are subjects of Plaintiffs' suit against the Government

because, *inter alia,* of the sensitive nature of the information about the Plaintiffs contained therein.

2. Defendant attached a copy of the CAN to its Motion.

3. The CAN is marked For Official Use Only ("FOUO"), as certified by Major Patrick L. Gary. *See* Exhibit A hereto and incorporated by reference herein.

4. Major Gary has further certified that the FOUO designation is used for information that may be withheld from the public, that the CAN would not be releasable in response to a Freedom of Information Act request, and that it was not the intent of the Army or the Criminal Investigation Command that the CAN be made public. (Exhibit A)

5. The Privacy Act Plaintiffs have disputed the facts and allegations in the CAN, its release outside of the Criminal Investigation Command, and their public dissemination as violations of the Privacy Act 5 U.S.C. § 552a, in Civil Action 05-CV-01427 (RBW).

6. The author of the CAN is now the object of a special Inquiry by the United States Department of the Army Criminal Investigation Division. *See* Exhibit B hereto and incorporated by reference herein.

7. The CAN was not made an exhibit to Privacy Act Plaintiffs' Complaint herein or in the case filed on their behalf against the NASBP.

8. The Government filed its Motion to Dismiss or for Summary Judgment under seal with the concurrence of Privacy Act Plaintiff's counsel. That Motion contains information about Plaintiffs and references the CAN. The Court granted the Government's motion.

9. Counsel for Privacy Act Plaintiffs tried to obtain the agreement of counsel for NASBP to seal the Motion and sent them Major Gary's letter. NASBP's counsel failed to respond to the request for over one week as of the date of the filing of this Motion.

WHEREFORE, Privacy Act Plaintiffs respectfully request that this Court seal the NASBP Motion and any responses and replies thereto.

Respectfully submitted,

EDMUND C. SCARBOROUGH, DR.
LARRY JAMES WRIGHT, GEORGE J.
GOWEN

_____/s/_____

By Counsel
Laurence Schor
D.C. Bar No. 11494
Geoffrey T. Keating
D.C. Bar No. 25239
MCMANUS, SCHOR, ASMAR &
DARDEN, L.L.P.
1155 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
202-296-9260
202-659-3732 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via e-filing and facsimile this 22nd day of March, 2006, to the following:


Mike Piscitelli, Esq.
Vezina, Lawrence & Piscitelli, P.A.
350 East Las Olas Blvd., Suite 1130
Fort Lauderdale, FL 33301
*Attorney for Plaintiffs*

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
*Attorney for Defendant*

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
*Attorney for Defendant, United States,*
*in Scarborough v. Harvey, et al,*
*No: 05-1427 (RBW)*


_____/s/_____
Laurence Schor