**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDMUND C. SCARBOROUGH,<br>INTERNATIONAL BONDING &<br>CONSTRUCTION SERVICES, INC.,<br>DR. LARRY JAMES WRIGHT,<br>THE UNDERWRITER'S GROUP,<br>GEORGE J. GOWEN and<br>FIRST MOUNTAIN BANCORP,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>SURETY BOND PRODUCERS,<br><br>Defendant. | **Case No: 1:06-cv-00079-RBW** |

**<u>ORDER</u>**

Upon consideration of the Motion to Seal Defendant's Motion for Consolidation for Purposes of Discovery and Supporting Memorandum filed by Edmund C. Scarborough, Dr. Larry James Wright, and George J. Gowen, Plaintiffs in *Edmund C. Scarborough, et al. v. Francis J. Harvey, et al.,* United States District Court for the District of Columbia Case No.: 05-CV-01427 (RBW) and any opposition of Defendant, and being fully advised in the premises, and it appearing that Defendant's Motion contains material that is For Official Use Only and exempt from disclosure to the public, it is this ___ day of _____, 2006 hereby

ORDERED that the Motion to Seal Defendant's Motion for Consolidation for Purposes of Discovery and Supporting Memorandum be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that Defendant's Motion for Consolidation for Purposes of Discovery and Supporting Memorandum and any responses thereto and replies be sealed.

______________________________
United States District Judge

Copies to:

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, L.L.P.
1155 Fifteenth Street N.W.
Suite 900
Washington, DC 20005
*Counsel for Plaintiffs*
*in Scarborough v. Harvey, et al.,*
*No: 05-1427 (RBW)*

Mike Piscitelli, Esq.
Vezina, Lawrence & Piscitelli, P.A.
350 East Las Olas Blvd., Suite 1130
Fort Lauderdale, FL 33301
*Counsel for Plaintiffs*

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
*Counsel for Defendant*

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
*Counsel for Defendant United States*
*in Scarborough v. Harvey, et al.,*
*No: 05-1427 (RBW)*