UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND C. SCARBOROUGH,
INTERNATIONAL BONDING &
CONSTRUCTION SERVICES, INC.,
DR. LARRY JAMES WRIGHT,
THE UNDERWRITER'S GROUP,
GEORGE JAMES GOWEN and
FIRST MOUNTAIN BANCORP,

        Plaintiffs,        CASE NO. 1:06-cv-00079-RBW

v.

NATIONAL ASSOCIATION OF
SURETY BOND PRODUCERS,

        Defendant.
_____/

## NOTICE OF APPEARANCE

Michael A. Piscitelli notices his appearance on behalf of all plaintiffs in this matter.

Respectfully submitted,

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.
D.C. Bar No: TX0034
Vezina, Lawrence & Piscitelli, P.A.
350 East Las Olas Blvd., Suite 1130
Fort Lauderdale, Florida 33301
Phone: 954-728-1270
Fax: 954-728-1271
E-Mail: mpiscitelli@vlplaw.com

Attorneys for Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
Attorneys for Defendant

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
202-296-9260; 202-659-3732 Facsimile

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895; 202-514-8780 Facsimile

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.