UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND C. SCARBOROUGH,
INTERNATIONAL BONDING &
CONSTRUCTION SERVICES, INC.,
DR. LARRY JAMES WRIGHT,
THE UNDERWRITER'S GROUP,
GEORGE JAMES GOWEN and
FIRST MOUNTAIN BANCORP,

        Plaintiffs,

v.

NATIONAL ASSOCIATION OF
SURETY BOND PRODUCERS,

        Defendant.
_____/

CASE NO. 1:06-cv-00079-RBW

## JOINDER IN MOTION TO SEAL

Plaintiffs, Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriters Group, George James Gowen and First Mountain Bancorp notice their joinder in the motion to seal defendant's motion to consolidate for purposes of discovery and supporting memorandum filed in this case on behalf of the plaintiffs in the privacy act matter styled *Edmund C. Scarborough, et al. v. Francis J. Harvey, et al.*, U.S. District Court for the District of Columbia, Case No.1:05CV01427 (RBW).

Respectfully submitted,

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.
D.C. Bar No: TX 0034
Vezina, Lawrence & Piscitelli, P.A.
350 East Las Olas Blvd., Suite 1130
Fort Lauderdale, Florida 33301
Phone: 954-728-1270

Fax: 954-728-1271
E-Mail: mpiscitelli@vlplaw.com

Attorneys for Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
781-309-1500; 781-246-0167 Facsimile
Attorneys for Defendant.

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
202-296-9260; 202-659-3732 Facsimile

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895; 202-514-8780 Facsimile

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.

2