

Print Full Version of Pipe



▩  **President's Message: Heine Discusses Ways fo "Creating Our Legacy" During His Presidential Term**

Ed Heine, NASBP's 55th President, who took office at the Annual Meeting in S Diego last month, shares his ideas about "Creating Our Legacy" for this comir year. His term of office will continue until next year's Annual Meeting in Orlan May, 2006. More...

▩  **NASBP Announces Recipient of 2005 Bruce T. Wallace Award**

Recently, NASBP awarded Curtis B. Roberts, President of Mills Roberts & Associates, Dallas, TX, the Bruce T. Wallace Award at NASBP's Annual Meetin Expo last month in San Diego. More...

▩  **States Consider Raising Bond Thresholds and Waiving Bonds**

EXHIBIT A

This year is a very active year in that the state legislatures of all 50 states are in session. Among the bills considered by these legislatures are those dealing with state bonding thresholds and waiving bonds for certain projects or construction stakeholders. More...

### Army Releases Criminal Alert Notice

NASBP recently received a Criminal Alert Notice (CAN) from the Army Criminal Investigation Command (CID) out of Phoenix, AZ, regarding individuals or entities submitting false payment/performance/bid bonds on numerous DOD contracts throughout the United States. More...

### Also In This Issue

- A.C. "Ace" Tinch Receives ASA Chapter's Highest Award
- Annual Meeting Highlights and Future Programs
- Thank You Exhibitors
- NASBP's General Counsel Discusses the Role of Producers in "Turning Around Misconceptions About Surety Bonds
- NASBP Welcomes New Members
- On the Hill
- Briefly Noted
- Don't Miss the Last Level I Surety School for 2005
- PR's Countersignature Statute Is Deemed Unconstitutional
- T-List Changes
- SIO Update

**PIPELINE**

Pipeline is produced monthly by the National Association of Surety Bond Producers, 5225 Wisconsin Avenue, NW, Suite 600, Washington, DC 20015-2014, 202/686-3700, Fax: 202/686-3656, www.nasbp.org, Internet e-mail address: info@nasbp.org

To read the online version of Pipeline, please go to
http://www.nasbp.org/pipeline_05_05/text.htm

**Disclaimer:** This information is provided for educational and informational purposes only and is intended to serve as legal advice. Readers are cautioned to consult their legal counsel on any specific matters.

### Army Releases Criminal Alert Notice Regarding Surety Fraud

NASPB recently received a Criminal Alert Notice (CAN) from Special Agent Chris C. Hamblen with the Army Criminal Investigation Command (CID) out of Phoenix, AZ regarding individuals or entities submitting false payment/performance/bid bonds on numerous DOD contracts throughout the United States. This CAN has already been forwarded to all government law enforcement offices and DOD contracting offices.

According to the notice, Robert Joe Hanson is being accused of submitting fictitious bonds, on numerous US Government contracts, with the US Army Corps of Engineers (USACOE) and the Fish and Wildlife Service (USFWS), using Millennium Bonding Enterprises, Global Bonding and Enterprises, and/or Individual Surety Ltd. On a majority of these bonds, Hanson used Underwriters Reinsurance Company, Ltd. (URCL) as the backing to support the bonds. The complete information can be found in the attached criminal alert notice from the Department of Army's Criminal Investigation Division.

**PIPELINE**