**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDMUND C. SCARBOROUGH,
INTERNATIONAL BONDING &
CONSTRUCTION SERVICES, INC.,
DR. LARRY JAMES WRIGHT,
THE UNDERWRITER'S GROUP,
GEORGE JAMES GOWEN and
FIRST MOUNTAIN BANCORP,

        Plaintiffs,           CASE NO.  1:06-cv-00079-RBW

v.

NATIONAL ASSOCIATION OF
SURETY BOND PRODUCERS,

        Defendant.

_____/

**JOINDER IN PLAINTIFFS' REPLY TO THE OPPOSITION OF NATIONAL**
**ASSOCIATION OF SURETY BOND PRODUCERS**
**TO PLAINTIFFS' MOTION TO SEAL**

        Plaintiffs, Edmund C. Scarborough, International Bonding & Construction Services, Inc.,

Dr. Larry James Wright, The Underwriters Group, George James Gowen and First Mountain

Bancorp notice their joinder in the reply to the opposition of National Association of Surety

Bond Producers to plaintiffs' motion to seal filed on behalf of Privacy Act Plaintiffs..

                Respectfully submitted,

                /s/ Michael A. Piscitelli, Esq.
                Michael A. Piscitelli, Esq.
                D.C. Bar No: TX 0034
                Vezina, Lawrence & Piscitelli, P.A.
                350 East Las Olas Blvd., Suite 1130
                Fort Lauderdale, Florida 33301
                Phone:  954-728-1270
                Fax:  954-728-1271
                E-Mail: mpiscitelli@vlplaw.com

Attorneys for Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2006, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to

the following:

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
781-309-1500; 781-246-0167 Facsimile
Attorneys for Defendant.

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
202-296-9260; 202-659-3732 Facsimile

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895; 202-514-8780 Facsimile

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.