

## Florida Profit

### THE UNDERWRITERS GROUP INC.

PRINCIPAL ADDRESS
8777 SAN JOSE BLVD
# 902
JACKSONVILLE FL 32217
Changed 04/21/2005

MAILING ADDRESS
8777 SAN JOSE BLVD
# 902
JACKSONVILLE FL 32217
Changed 04/21/2005

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P03000131372 | 481277940 | 11/13/2003 |
| **State** | **Status** | **Effective Date** |
| FL | ACTIVE | NONE |

## Registered Agent

| Name & Address |
|---|
| WRIGHT, LARRY J<br>8777 SAN JOSE BLVD<br>SUITE 902<br>JACKSONVILLE FL 32217 |
| Name Changed: 04/21/2005 |
| Address Changed: 04/21/2005 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| WRIGHT, LARRY<br>8777 SAN JOSE BLVD, SUITE 901<br>JACKSONVILLE FL 32217 | D |

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2004 | 04/05/2004 |
| 2005 | 04/21/2005 |
| 2006 | 01/05/2006 |

[Previous Filing]    [Return to List]    [Next Filing]

No Events
No Name History Information

## Document Images

Listed below are the images available for this filing.

```
01/05/2006 -- ANNUAL REPORT
04/21/2005 -- ANN REP/UNIFORM BUS REP
04/05/2004 -- ANN REP/UNIFORM BUS REP
11/13/2003 -- Domestic Profit
```

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

[Corporations Inquiry]        [Corporations Help]

2006 FOR PROFIT CORPORATION ANNUAL REPORT
DOCUMENT# P03000131372

FILED
Jan 05, 2006
Secretary of State

Case 1:06-cv-00079-RBW    Document 28-2    Filed 05/08/2006    Page 3 of 9

**Entity Name:** THE UNDERWRITERS GROUP INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 8777 SAN JOSE BLVD<br># 902<br>JACKSONVILLE, FL 32217 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 8777 SAN JOSE BLVD<br># 902<br>JACKSONVILLE, FL 32217 | |

FEI Number: 48-1277940    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| WRIGHT, LARRY J<br>8777 SAN JOSE BLVD<br>SUITE 902<br>JACKSONVILLE, FL 32217 US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
           Electronic Signature of Registered Agent                              Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**                          **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:      D           ( ) Delete                   Title:      D           (X) Change ( ) Addition
Name:       WRIGHT, LARRY                            Name:       WRIGHT, LARRY
Address:    7775 BAY MEADOWS WAY, SUITE 107          Address:    8777 SAN JOSE BLVD, SUITE 901
City-St-Zip: JACKSONVILLE, FL 32256                  City-St-Zip: JACKSONVILLE, FL 32217

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: LARRY J WRIGHT                                      D                       01/05/2006
           Electronic Signature of Signing Officer or Director                          Date

# FIRST MOUNTAIN BANCORP

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default on 4/1/2006 | File Date: | 3/19/2003 |
| Type: | Domestic Corporation | Corp Number: | C6613-2003 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2006 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | SYSTEMS CORPORATION OF AMERICA | Address 1: | 2980 S. RAINBOW BLVD. |
| Address 2: | #100 | City: | LAS VEGAS |
| State: | NV | Zip Code: | 891466531 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 75,000.00 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers                                                                                   ☐ Include Inactive Officers

**President - GEORGE J GOWEN**

| | | | |
|---|---|---|---|
| Address 1: | 3960 HOWARD HUGHES PARKWAY | Address 2: | SUITE 500 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | CLA |
| Status: | Active | Email: | |

**Secretary - GEORGE J GOWEN**

| | | | |
|---|---|---|---|
| Address 1: | 3960 HOWARD HUGHES PARKWAY | Address 2: | SUITE 500 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | CLA |
| Status: | Active | Email: | |

**Treasurer - GEORGE J GOWEN**

| | | | |
|---|---|---|---|
| Address 1: | 8960 HOWARD HUGHES PARKWAY | Address 2: | SUITE 500 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | CLA |
| Status: | Active | Email: | |

**Director - GEORGE J GOWEN**

| | | | |
|---|---|---|---|
| Address 1: | 8960 HOWARD HUGHES PARKWAY | Address 2: | SUITE 500 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | CLA |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C6613-2003-001 | # of Pages: | 6 |
| File Date: | 03/19/2003 | Effective Date: | |
| (No Notes for this action) | | | |
| Action Type: | Annual List | | |

| Document Number: | C6613-2003-003 | # of Pages: | 1 |
| --- | --- | --- | --- |
| File Date: | 06/24/2003 | Effective Date: | |
| (No Notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C6613-2003-002 | # of Pages: | 1 |
| File Date: | 03/15/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050238277-86 | # of Pages: | 1 |
| File Date: | 06/20/2005 | Effective Date: | |
| (No Notes for this action) | | | |

# Nevada Secretary of State
## Dean Heller

| Online Services | Fee Schedule | Shopping Cart | Edit Personal Info | Logout |

# Corporation Actions for "FIRST MOUNTAIN BANCORP"

Sort by [File Date ▼]   ⊙ descending ○ ascending **order**   [Re-Sort]

1 - 4 of 4 actions

| Actions\Amendments | |
|---|---|
| Action Type: | Annual List |
| Document Number: | 20050238277-86 |
| # of Pages: | 1 |
| File Date: | 06/20/2005 |
| Effective Date: | |

(No Notes for this action)

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | C6613-2003-002 |
| # of Pages: | 1 |
| File Date: | 03/15/2004 |
| Effective Date: | |

List of Officers for 2004 to 2005

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | C6613-2003-003 |
| # of Pages: | 1 |
| File Date: | 06/24/2003 |
| Effective Date: | |

(No Notes for this action)

| | |
|---|---|
| Action Type: | Articles of Incorporation |
| Document Number: | C6613-2003-001 |
| # of Pages: | 6 |
| File Date: | 03/19/2003 |
| Effective Date: | |

(No Notes for this action)

**Return to Corporation Details for "FIRST MOUNTAIN BANCORP"**

[New Search]

[SOS Contact Information]



You are logged in as Ami Fields

Copyright © 1996-2005

# 2006 FOR PROFIT CORPORATION ANNUAL REPORT (AR)

**DOCUMENT # P04000003454**

**1. Entity Name**

INTERNATIONAL BONDING & CONSTRUCTION SERVICES, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 700 OVERLOOK DR.<br>WINTER HAVEN FL 33884 | 700 OVERLOOK DR.<br>WINTER HAVEN FL 33884 |

**FILED**
Jan 26, 2006  08:00 AM
Secretary of State

1st MOORE    CR2E034 (10/05)

| 2. Principal Place of Business | 3. Mailing Address | | |
|---|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | | |
| City & State | City & State | 4. FEI Number | 47-0938504 □ Applied For / Not Applicable |
| Zip | Country | Zip | Country | 5. Certificate of Status Desired □ $8.75 Additional Fee Required |

**6. Name and Address of Current Registered Agent**

PISCITELLI, MIKE C ESQ.
350 EAST LAS OLAS BOULEVARD
1130
FORT LAUDERDALE FL 33301

**7. Name and Address of New Registered Agent**

Name:
Street Address (P.O. Box Number is Not Acceptable):
City: ___ FL ___ Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

**FILE NOW!!! FEE IS $150.00**
After May 1, 2006 Fee Will Be $550.00
Make Check Payable to Florida Department of State

9. Election Campaign Financing Trust Fund Contribution. □  $5.00 May Be Added to Fees

**10. OFFICERS AND DIRECTORS** | **11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11**

| TITLE | D | □ Delete |
| NAME | SCARBOROUGH, ED C CEO | |
| STREET ADDRESS | 700 OVERLOOK DR | |
| CITY-ST-ZIP | WINTER HAVEN FL 33884 | |

U00000402258
02/03/06--80001-001  150.00

| TITLE | D/ST | □ Delete |
| NAME | SCARBOROUGH, YVONNE K D/S/T | |
| STREET ADDRESS | 700 OVERLOOK DR. | |
| CITY-ST-ZIP | WINTER HAVEN FL 33884 | |

| TITLE | D/VP | □ Delete |
| NAME | SAGE, ROY E D/VP | |
| STREET ADDRESS | 700 OVERLOOK DR | |
| CITY-ST-ZIP | WINTER HAVEN FL 33884 | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Section 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 1 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Yvonne K. Scarborough_ / Yvonne K. Scarborough  1/04/06  (863) 326-533_
           SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

2004 FOR PROFIT CORPORATION ANNUAL REPORT
DOCUMENT# P04000003454

Case 1:06-cv-00079-RBW   Document 23-2   Filed 05/08/2006   Page 9 of 9

FILED
Jul 20, 2004
Secretary of State

**Entity Name:** INTERNATIONAL BONDING & CONSTRUCTION SERVICES, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 6850 STATE ROAD 544 EAST<br>HAINES CITY, FL 33844 | 700 OVERLOOK DR.<br>WINTER HAVEN, FL 33884 |
| **Current Mailing Address:** | **New Mailing Address:** |
| 6850 STATE ROAD 544 EAST<br>HAINES CITY, FL 33844 | 700 OVERLOOK DR.<br>WINTER HAVEN, FL 33884 |

FEI Number: 47-0938504     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired (X)

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| SCARBOROUGH, EDMUND C<br>6850 STATE ROAD 544 EAST<br>HAINES CITY, FL 33844 | PISCITELLI, MIKE C ESQ.<br>350 EAST LAS OLAS BOULEVARD<br>1130<br>FORT LAUERDALE, FL 33301 |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: MIKE PISCITELLI                                                                 07/20/2004
          Electronic Signature of Registered Agent                                          Date

In accordance with s. 607.193(2)(b), F.S., the corporation did not receive the prior notice.
Election Campaign Financing Trust Fund Contribution ( ).

| **OFFICERS AND DIRECTORS:** | **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:** |
|---|---|
| Title: D ( ) Delete<br>Name: SCARBOROUGH, EDMUND C<br>Address: 6850 STATE ROAD 544 EAST<br>City-St-Zip: HAINES CITY, FL 33844 | Title: D (X) Change ( ) Addition<br>Name: SCARBOROUGH, ED C CEO<br>Address: 700 OVERLOOK DR<br>City-St-Zip: WINTER HAVEN, FL 33884 |
| Title: ( ) Delete<br>Name:<br>Address:<br>City-St-Zip: | Title: D/ST ( ) Change (X) Addition<br>Name: SCARBOROUGH, YVONNE K D/S/T<br>Address: 700 OVERLOOK DR.<br>City-St-Zip: WINTER HAVEN, FL 33384 |
| Title: ( ) Delete<br>Name:<br>Address:<br>City-St-Zip: | Title: D/VP ( ) Change (X) Addition<br>Name: SAGE, ROY E D/VP<br>Address: 700 OVERLOOK DR<br>City-St-Zip: WINTER HAVEN, FL 33384 |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: YVONNE K. SCARBOROUGH                               D/ST                07/20/2004
          Electronic Signature of Signing Officer or Director                       Date