UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND C. SCARBOROUGH,
INTERNATIONAL BONDING &
CONSTRUCTION SERVICES, INC.,
DR. LARRY JAMES WRIGHT,
THE UNDERWRITER'S GROUP,
GEORGE JAMES GOWEN and
FIRST MOUNTAIN BANCORP,

        Plaintiffs,                      CASE NO. 1:06-cv-00079-RBW

v.

NATIONAL ASSOCIATION OF
SURETY BOND PRODUCERS,

        Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL

The undersigned hereby notices its change of address in this action. All copies of pleadings, motions, correspondence and other documents should be directed to: Mike Piscitelli, Esq., Vezina, Lawrence & Piscitelli, P.A., The Museum Building, 300 SW 1st Avenue, Suite 150, Fort Lauderdale, FL 33301.

                                          /s/ Michael A. Piscitelli, Esq.
                                          Michael A. Piscitelli, Esq.
                                          D.C. Bar No: TX0034
                                          Vezina, Lawrence & Piscitelli, P.A.
                                          300 SW 1st Avenue, Suite 150
                                          Fort Lauderdale, Florida 33301
                                          Phone: 954-728-1270
                                          Fax: 954-728-1271
                                          E-Mail: mpiscitelli@vlplaw.com

                                          Attorneys for Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
781-309-1500; 781-246-0167 Facsimile
Attorneys for Defendant.

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
202-296-9260; 202-659-3732 Facsimile

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895; 202-514-8780 Facsimile

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.