Case 1:06-cv-00078-RBW    Document 29-2    Filed 01/03/2007



# Alabama Against Fraud
### Financial, Forex, Stock Discussions

? FAQ    🔍 Search    Homepage    📋 Memberlist    👥 Usergroups    ☑ Register
📝 Profile    📨 Log in to check your private messages    🔑 Log in

# Edmund Scarborough, Larry James Wright, George James Gowen

 newtopic     postreply    **Alabama Against Fraud Forum Index -> HYIP / Advance Fee**

---

View previous topic :: View next topic

| Author | Message |
|---|---|
| **Hunter**<br><br>Joined: 16 Sep 2005<br>Posts: 1886 | ⬜ Posted: Sat Jul 29, 2006 9:41 pm   Post subject: Edmund Scarborough, Larry James Wright, George James Gowen    💬 quote |

**Click to view Complaint** filed by **Edmund C. Scarborough, International Bonding & Construction Services Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen**, and **First Mountain Bancorp** against **National Association of Surety Bond Producers (NASBP).**

Plaintiffs have sued NASBP due to Summary of an Article on Army Criminal Alert Notice 0006-04-CID274 with link to Full Article on Army Criminal Alert that appeared at NASBP site. Summary of Article and link to Full Article appeared on NASBP website in or about April and May 2005. Needless to say the Criminal Alert damaged Plaintiff's business.

**NAMES THAT APPEARED IN ALERT**

HANSON, Robert Joe
Millennium Bonding Enterprises
Global Bonding and Enterprises
Individual Surety Ltd

Certusia Re Reinsurance Company Inc

Underwriters Reinsurance Company Ltd (The Underwriters Reinsurance Group, Ltd)

WRIGHT, Larry James


EXHIBIT A

FIRST MOUNTAIN BANCORP

BELLWETHER SERVICE CORPORATION (THE BELLWETHER TRUST)

GOWEN, George James

PACIFIC BANCORP / STRATEGIC BANCORP

LEYTON, William Jeffery

INTERNATIONAL BONDING & CONSUTRCTION SERVICES

SCARBOROUGH, Edmund Craig

**DOCKETS FROM CASE**

U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:06-cv-00079-RBW
SCARBOROUGH et al v. NATIONAL ASSOCIATION OF SURETY BOND PRODUCERSAssigned to: Judge Reggie B. WaltonDemand: $45,000,000Related Cases: 05-1427 RBW
1:05-cv-01427-RBW
Case in other court: USDC Middle District of Florida, 8:05cv01544
Cause: 28:1332 Diversity-Libel,Assault,Slander Date Filed: 01/13/2006Jury Demand: NoneNature of Suit: 320 Assault Libel & SlanderJurisdiction: Diversity
Plaintiff
EDMUND C. SCARBOROUGH represented by Laurence Schor MCMANUS, SCHOR, ASMAR & DARDEN, L.L.P. 1155 15th Street, NW Suite 900 Washington, DC 20005 (202) 296-9260 Fax: 202-659-3732 Email: lschor@msadlaw.com LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael A. Piscitelli VEZINA, LAWRENCE & PISCITELLI, P.A. 350 SW First Street Suite 150 Fort Lauderdale, FL 33301 US (954) 728-1270 Fax: (954) 728-1271 Email: mpiscitelli@vlplaw.com LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
INTERNATIONAL BONDING & CONSTRUCTION SERVICES INC represented by Laurence Schor (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael A. Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
LARRY JAMES WRIGHT represented by Laurence Schor (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
UNDERWRITER'S GROUP represented by Laurence Schor (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
GEORGE JAMES GOWEN represented by Laurence Schor (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael A. Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
FIRST MOUNTAIN BANCORP represented by Laurence Schor (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael A. Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

V.
Defendant
NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS represented by Michael A. Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDEileen P. Kavanagh LITCHFIELD CAVO LLP 6 Kimball Lane Suite 100 Lynnfield, MA 01940-2682 US (781) 309-1500 Fax: (781) 246-0167 Email: kavanagh@litchfieldcavo.com ATTORNEY TO BE NOTICEDPaul G. Roche LITCHFIELD CAVO, LLP 40 Tower Lane Avon, CT 06001 (860) 255-5577 Email: roche@litchfieldcavo.com ATTORNEY TO BE NOTICEDPeter C. Kober LITCHFIELD CAVO LLP 6 Kimball Lane Suite 100 Lynnfield, MA 01940-2682 US (781) 309-1500 Fax: (781) 246-0167 Email: kober@litchfieldcavo.com ATTORNEY TO BE NOTICED


Date Filed # Docket Text
01/13/2006 1 CASE TRANSFERRED IN from the U.S. District Court for the from District of USDC MIDDLE DISTRICT OF FLORIDA. Case Number 8:05cv1544-T-30TBM. (td, ) (Entered: 01/18/2006)
01/13/2006 2 NOTICE OF RELATED CASE Case related to Case No. 05-1427 RBW. (td, ) (Entered: 01/18/2006)
01/19/2006 3 ENTERED IN ERROR.....Unopposed MOTION for Leave to Appear For the Defendant by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Roche, Paul) Modified on 1/20/2006 (nmw, ). (Entered: 01/19/2006)
01/20/2006 NOTICE OF CORRECTED DOCKET ENTRY: Document No. 3 was entered in error as a Motion and counsel was instructed to refile said pleading. (nmw, ) (Entered: 01/20/2006)
01/20/2006 4 NOTICE of Appearance by Paul G. Roche on behalf of NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS (Roche, Paul) (Entered: 01/20/2006)
02/03/2006 5 ENTERED IN ERROR. . . .MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eileen P. Kavanagh. :Address- 6 Kimball Lane, Suite 100, Lynnfield, MA 01940. Phone No. - 781-246-1502. Fax No. - 781-246-0167 by NATIONAL ASSOCIATION OF

SURETY BOND PRODUCERS. (Attachments: # 1 # 2)(Roche, Paul) Modified on 2/6/2006 (td, ). (Entered: 02/03/2006)

02/03/2006 6 ENTERED IN ERROR. . . .NOTICE Supplement to Pro Hac Vice by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS re 5 MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eileen P. Kavanagh. :Address- 6 Kimball Lane, Suite 100, Lynnfield, MA 01940. Phone No. - 781-246-1502. Fax No. - 781-246-0167 (Roche, Paul) Modified on 2/6/2006 (td, ). (Entered: 02/03/2006)

02/03/2006 NOTICE of CORRECTED DOCKET ENTRY: re 6 Notice (Other), Notice (Other), 5 MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eileen P. Kavanagh. :Address- 6 Kimball Lane, Suite 100, Lynnfield, MA 01940. Phone No. - 781-246-1502. Fax No. - 781-246-0167 was entered in error and counsel was instructed to refile said pleading with the correct attachments. (td, ) Modified on 2/9/2006 (ks, ). (Entered: 02/06/2006)

02/06/2006 7 MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eileen Kavanagh and Peter Kober. :Address- 6 Kimball Lane, Suite 100, Lynnfield, MA 01940. Phone No. - 781-309-1500. Fax No. - 781-246-0167 by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Attachments: # 1 # 2 # 3)(Roche, Paul) (Entered: 02/06/2006)

02/07/2006 MINUTE ORDER granting 7 Motion for Leave to Appear Pro Hac Vice. Eileen P. Kavanagh and Peter C. Kober are hereby permitted to appear pro hac vice in this action. Signed by Judge Reggie B. Walton on February 7, 2006. (lcrbw3, ) (Entered: 02/07/2006)

02/10/2006 8 ANSWER to Complaint by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS.(Roche, Paul) (Entered: 02/10/2006)

03/07/2006 9 MOTION to Consolidate Cases for Discovery Purposes by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Roche, Paul) (Entered: 03/07/2006)

03/07/2006 10 MEMORANDUM re 9 MOTION to Consolidate Cases for Discovery Purposes filed by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS, by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Roche, Paul) (Entered: 03/07/2006)

03/10/2006 11 NOTICE Certificate of Service by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS re 9 MOTION to Consolidate Cases for Discovery Purposes (Roche, Paul) (Entered: 03/10/2006)

03/22/2006 12 Consent MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Consolidate Cases for Discovery Purposes by EDMUND C. SCARBOROUGH, LARRY JAMES WRIGHT, GEORGE JAMES GOWEN. (Attachments: # 1 Text of Proposed Order) (Schor, Laurence) (Entered: 03/22/2006)

03/31/2006 13 MOTION to Seal Defendant's Motion To by EDMUND C. SCARBOROUGH, INTERNATIONAL BONDING & CONSTRUCTION SERVICES INC, LARRY JAMES WRIGHT, UNDERWRITER'S GROUP, GEORGE JAMES GOWEN, FIRST MOUNTAIN BANCORP. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Text of Proposed Order)(Schor, Laurence) (Entered: 03/31/2006)

03/31/2006 14 MOTION to Seal Defendant's Motion to Consolidate for Purposes of Discovery by EDMUND C. SCARBOROUGH, INTERNATIONAL BONDING & CONSTRUCTION SERVICES INC, LARRY JAMES WRIGHT, UNDERWRITER'S GROUP, GEORGE JAMES GOWEN, FIRST MOUNTAIN BANCORP. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Text of Proposed Order)(Schor, Laurence) (Entered: 03/31/2006)

04/03/2006 MINUTE ORDER granting 12 Consent Motion for Extension of Time. The plaintiffs shall respond to the defendant's motion to consolidate discovery by April 7, 2006. Signed by Judge Reggie B. Walton on April 3, 2006. (lcrbw3, ) (Entered: 04/03/2006)

04/06/2006 15 Memorandum in opposition to re 14 filed by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Roche, Paul) (Entered: 04/06/2006)

04/06/2006 16 NOTICE of Appearance by Michael A. Piscitelli on behalf of all plaintiffs (Piscitelli, Michael) (Entered: 04/06/2006)

04/06/2006 17 MOTION for Joinder by EDMUND C. SCARBOROUGH. (Piscitelli, Michael) (Entered: 04/06/2006)

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007

04/07/2006 18 Memorandum in opposition to re 9 Motion to Consolidate for Purposes of Discovery filed by EDMUND C. SCARBOROUGH. (Attachments: # 1)(Piscitelli, Michael) (Entered: 04/07/2006)

04/07/2006 19 Memorandum in opposition to re 9 Defendant's Motion to Consolidate for Purposes of Discovery filed by EDMUND C. SCARBOROUGH, INTERNATIONAL BONDING & CONSTRUCTION SERVICES INC, LARRY JAMES WRIGHT, UNDERWRITER'S GROUP, GEORGE JAMES GOWEN, FIRST MOUNTAIN BANCORP. (Attachments: # 1 Exhibit # 2 Exhibit)(Schor, Laurence) (Entered: 04/07/2006)

04/17/2006 20 REPLY to opposition to motion re 14 MOTION to Seal Defendant's Motion to Consolidate for Purposes of Discovery filed by EDMUND C. SCARBOROUGH, INTERNATIONAL BONDING & CONSTRUCTION SERVICES INC, LARRY JAMES WRIGHT, UNDERWRITER'S GROUP, GEORGE JAMES GOWEN, FIRST MOUNTAIN BANCORP. (Schor, Laurence) (Entered: 04/17/2006)

04/17/2006 21 REPLY to opposition to motion re 13 MOTION to Seal Defendant's Motion To filed by EDMUND C. SCARBOROUGH. (Piscitelli, Michael) (Entered: 04/17/2006)

04/26/2006 22 MOTION for Leave to File Consolidated Reply to Plaintiffs' Oppositions to Motion to Consolidate for Purposes of Discovery and Opposition to Plaintiffs' Motion to Re-Transfer Case to the Middle District of Florida by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Roche, Paul) (Entered: 04/26/2006)

04/26/2006 MINUTE ORDER granting 22 Consent Motion for Leave to File. Defendant NASBP shall file its consolidated reply and opposition by May 8, 2006. Signed by Judge Reggie B. Walton on April 26, 2006. (lcrbw3, ) (Entered: 04/26/2006)

05/08/2006 23 ENTERED IN ERROR. . . .RESPONSE to Plaintiffs' Oppositions to Defendant's Motion to Consolidate for Purposes of Discovery and Opposition to Plaintiffs' Motion to Re-Transfer filed by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (Attachments: # 1 Exhibit A)(Roche, Paul) Modified on 5/10/2006 (td, ). (Entered: 05/08/2006)

05/08/2006 24 REPLY to opposition to motion re 22 MOTION for Leave to File Consolidated Reply to Plaintiffs' Oppositions to Motion to Consolidate for Purposes of Discovery and Opposition to Plaintiffs' Motion to Re-Transfer Case to the Middle District of Florida filed by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (td, ) (Entered: 05/10/2006)

05/08/2006 25 RESPONSE (Opposition ) to plaintiff's motion for re-transfer filed by NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS. (td, ) (Entered: 05/10/2006)

05/08/2006 NOTICE OF CORRECTED DOCKET ENTRY: re 23 Response to any document, was entered in error and refiled as document no.'s 24 and 25 because they are separate entries.(td, ) (Entered: 05/10/2006)

05/23/2006 26 ENTERED IN ERROR. . . .REPLY to opposition to motion re 22 MOTION for Leave to File Consolidated Reply to Plaintiffs' Oppositions to Motion to Consolidate for Purposes of Discovery and Opposition to Plaintiffs' Motion to Re-Transfer Case to the Middle District of Florida filed by EDMUND C. SCARBOROUGH. (Piscitelli, Michael) Modified on 5/30/2006 (td, ). (Entered: 05/23/2006)

05/26/2006 27 REPLY to opposition to motion re 22 MOTION for Leave to File Consolidated Reply to Plaintiffs' Oppositions to Motion to Consolidate for Purposes of Discovery and Opposition to Plaintiffs' Motion to Re-Transfer Case to the Middle District of Florida filed by EDMUND C. SCARBOROUGH. (Piscitelli, Michael) (Entered: 05/26/2006)

05/26/2006 NOTICE OF CORRECTED DOCKET ENTRY: re 26 Reply to opposition to Motion, was entered in error and counsel refiled a corrected version as document no. 27. (td, ) (Entered: 05/30/2006)

06/09/2006 28 NOTICE of Change of Address by Michael A. Piscitelli (Piscitelli, Michael) (Entered: 06/09/2006)

U.S. District Court
Middle District of Florida (Tampa)
CIVIL DOCKET FOR CASE #: 8:05-cv-01544-JSM-TBM
Scarborough et al v. National Association of Surety Bond ProducersAssigned to: Judge James S. Moody, JrReferred to: Magistrate Judge
Thomas B. McCoun, IIIDemand: $45,000,000Cause: 28:1332 Diversity-Libel, Assault, Slander Date Filed: 08/19/2005Jury Demand:
PlaintiffNature of Suit: 320 Assault Libel & SlanderJurisdiction: Diversity

Plaintiff
Edmund C. Scarborough represented by Jason P. Kopelow Vezina, Lawrence, & Piscitelli, P.A. 350 E. Las Olas Blvd., Suite 1130 Ft.
Lauderdale, FL 33301 954/728-1270 Fax: 954/728-1271 Email: jkopelow@vlplaw.com LEAD ATTORNEY ATTORNEY TO BE
NOTICEDMichael Albert Piscitelli Vezina, Lawrence, & Piscitelli, P.A. 350 E. Las Olas Blvd., Suite 1130 Ft. Lauderdale, FL 33301 954/728-
1270 Fax: 954-728-1271 Email: mpiscitelli@vlplaw.com LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
International Bonding & Construction Services, Inc., represented by Jason P. Kopelow (See above for address) LEAD ATTORNEY
ATTORNEY TO BE NOTICEDMichael Albert Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
Dr. Larry James Wright represented by Jason P. Kopelow (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael
Albert Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
The Underwriter's Group represented by Jason P. Kopelow (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael
Albert Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
George James Gowen represented by Jason P. Kopelow (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael
Albert Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

Plaintiff
First Mountain BanCorp represented by Jason P. Kopelow (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICEDMichael
Albert Piscitelli (See above for address) LEAD ATTORNEY ATTORNEY TO BE NOTICED

V.
Defendant
National Association of Surety Bond Producers represented by Eileen P. Kavanagh Litchfield Cavo LLP 6 Kimball Lane, Suite 100
Lynnfield, MA 019140 US 781/309-1500 Email: kavanagh@litchfieldcavo.com LEAD ATTORNEY ATTORNEY TO BE NOTICEDJ. Rodney
Runyons Kubicki Draper Suite 310 35 SE 1st Ave Ocala, FL 34471 352/622-4222 Fax: 352/622-9122 Email: jrr@kubickidraper.com

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007

TERMINATED: 11/15/2005 LEAD ATTORNEY ATTORNEY TO BE NOTICEDLisa A. Oonk Litchfield Cavo, LLP 5201 West Kennedy Boulevard Tampa, FL 33607-5946 813/289-0690 Fax: 813/289-0692 Email: oonk@litchfieldcavo.com LEAD ATTORNEY ATTORNEY TO BE NOTICEDPeter C. Kober Litchfield Cavo LLP 6 Kimball Lane, Suite 100 Lynnfield, MA 019140 US 781/309-15000 Fax: 781/246-0167 Email: kober@litchfieldcavo.com LEAD ATTORNEY ATTORNEY TO BE NOTICED


Date Filed # Docket Text

08/19/2005 1 COMPLAINT against National Association of Surety Bond Producers ; jury demand (Filing fee $ 250 receipt number T033720), filed by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc.,, Larry James Wright.(ce, ) (Entered: 08/19/2005)

08/22/2005 2 NOTICE of designation under Local Rule 3.05 - track 2 issued by Deputy Clerk on 8/22/2005. (smb) (Entered: 08/22/2005)

09/07/2005 3 Summons issued as to National Association of Surety Bond Producers. Consent(s) issued. (ag) (Entered: 09/07/2005)

10/04/2005 4 NOTICE of Appearance by J. Rodney Runyons on behalf of National Association of Surety Bond Producers (Runyons, J.) (Entered: 10/04/2005)

10/04/2005 5 CERTIFICATE of interested persons and corporate disclosure statement by National Association of Surety Bond Producers. (Runyons, J.) (Entered: 10/04/2005)

10/04/2005 6 MOTION to dismiss Incoporating a Motion to Strike and Motion for Judicial Notice and Incorporated Memorandum of Law by National Association of Surety Bond Producers. (Attachments: # 1 Exhibit Composite Exhibit "A")(Runyons, J.) (Entered: 10/04/2005)


10/05/2005 7 ORDER to comply with the administrative procedures regarding electronic filing Re: Attorney JASON P. KOPELOW. Signed by Judge James S. Moody Jr. on 10/5/2005. (len) (Entered: 10/05/2005)

10/06/2005 8 RETURN of service executed on 09/14/2005 by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc., Larry James Wright as to National Association of Surety Bond Producers. (ag) (Entered: 10/07/2005)

10/11/2005 9 NOTICE by Edmund C. Scarborough, International Bonding & Construction Services, Inc., re 7 Order to comply with electronic filing (Kopelow, Jason) (Entered: 10/11/2005)

10/12/2005 10 MOTION for protective order to seal attachment to defendant's motion to dismiss by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc.,, Larry James Wright. (Attachments: # 1)(Piscitelli, Michael) (Entered: 10/12/2005)

10/18/2005 11 MOTION for Extension of Time to File Memorandum of Law by The Underwriter's Group, George James Gowen, First Mountain BanCorp, Edmund C. Scarborough, International Bonding & Construction Services, Inc.,, Larry James Wright. (Piscitelli, Michael) (Entered: 10/18/2005)

10/19/2005 12 CASE MANAGEMENT REPORT. (Piscitelli, Michael) (Entered: 10/19/2005)

10/25/2005 13 ENDORSED ORDER granting 11 Agreed Motion for Extension of Time for Plaintiffs to file their memo of law in opposition to Defendant's Motion to Dismiss, Motion to Strike and Motion for Judicial Notice. Extension granted through 10-24-05. Signed by Judge James S. Moody Jr. on 10/25/2005. (len) (Entered: 10/25/2005)

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007

10/25/2005 14 CASE MANAGEMENT AND SCHEDULING ORDER: Joinder of Parties due by 1/17/2006. Fact Discovery due by 6/9/2006. Dispositive motions due by 9/15/2006. Pretrial Conference set for WEDNESDAY, 12/6/2006 09:00 AM before Judge James S. Moody Jr. Jury Trial set for JANUARY 2007. Signed by Judge James S. Moody Jr. on 10/25/2005. (len) (Entered: 10/25/2005)

10/26/2005 15 Plaintiffs' EMERGENCY MOTION for Extension of Time to file their response to Defendant's Motion to Dismiss. (Faxed copy accepted in Chambers due to power failure in counsel's office as a result of Hurricane Wilma.) (len) (Entered: 10/26/2005)

10/26/2005 16 ENDORSED ORDER granting 15 Plaintiffs' Emergency Motion for Extension of Time to file response to Defendant's 6 Motion to Dismiss. Responses due by 11/14/2005. Signed by Judge James S. Moody Jr. on 10/26/2005. (len) (Entered: 10/26/2005)

10/31/2005 17 ENDORSED ORDER denying 10 Plaintiffs' Motion for Protective Order to Seal Attachment to Defendant's Motion to Dismiss. Signed by Judge James S. Moody Jr. on 10/31/2005. (len) (Entered: 10/31/2005)

10/31/2005 18 MEMORANDUM in opposition re 6 Motion to dismiss filed by Edmund C. Scarborough. (Piscitelli, Michael) (Entered: 10/31/2005)

11/03/2005 19 Joint MOTION to substitute attorney by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/03/2005)

11/14/2005 20 ENDORSED ORDER granting 19 Motion for Substitution of Counsel. Added attorney Lisa A. Oonk for National Association of Surety Bond Producers. Signed by Judge Thomas B. McCoun III on 11/14/2005. (as) (Entered: 11/14/2005)

11/16/2005 21 MOTION to appear pro hac vice by Eileen P. Kavanagh on behalf of National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/16/2005)

11/16/2005 22 MOTION to appear pro hac vice by Peter C. Kober on behalf of National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/16/2005)

11/17/2005 23 MOTION to transfer case For Purpose of Consolidation by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/17/2005)

11/17/2005 24 MEMORANDUM in support re 23 Motion to transfer case for purpose of consolidation filed by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 11/17/2005)

11/18/2005 25 NOTICE by National Association of Surety Bond Producers re 23 MOTION to transfer case For Purpose of Consolidation of Filing Index of Exhibits (Attachments: # 1 Exhibit Exhibtits A, B, C, D, E,F to Motion For Transfer)(Oonk, Lisa) (Entered: 11/18/2005)

12/05/2005 26 MEMORANDUM in opposition re 23 Motion to transfer case filed by Edmund C. Scarborough. (Attachments: # 1 Exhibit) (Piscitelli, Michael) (Entered: 12/05/2005)

12/15/2005 27 First MOTION for protective order by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 12/15/2005)

12/15/2005 28 MEMORANDUM in support re 27 Motion for protective order filed by National Association of Surety Bond Producers. (Oonk, Lisa) (Entered: 12/15/2005)

12/27/2005 29 ORDER terminating 27 Motion for protective order, denying 6 Motion to dismiss, terminating 21 motion to appear pro hac vice, terminating 22 motion to appear pro hac vice, granting 23 Motion to transfer case. The Clerk shall TRANSFER this case to Judge Reggie B. Walton. The Clerk is directed to administratively CLOSE this case. Signed by Judge James S. Moody Jr. on 12/27/2005. (len) (Entered: 12/27/2005)

12/29/2005 30 TRANSFER to the District of Columbia. (ag) (Entered: 12/29/2005)

01/23/2006 31 Acknowledgment of receipt of original case file at the District of Columbia on 01/13/2006. Their case number 1:06cv00079 (ag) (Entered: 01/24/2006)

**Back to top**

 profile   pm

**Hunter**

Joined: 16 Sep 2005
Posts: 1886

Posted: Sat Jul 29, 2006 10:11 pm    Post subject: Warnings/Articles that mention Robert Joe Hanson

quote

http://www.insurancejournal.com/news/west/2004/08/17/45026.htm

Two Suspects Still at Large in California Contractor Bond Fraud Case
August 17, 2004
Authorities are seeking two men suspected of participating in a scam that used phony insurance certificates and fake contractor bonds to win bids on public works projects. Three other suspects have already been arrested following a one-year investigation by the California Department of Insurance (CDI) Investigation Division.

The arrests of the three suspects were made earlier this month by the (CDI) Fraud Investigators and the Oakland Police Department. The Sacramento County District Attorney's office is pursuing 21 felony counts in the case.

Authorities are still seeking Robert Joe Hanson of Las Vegas and Alifeleti Kaufana Vaituulala of Sacramento. Thomas J. Shirley Jr., of Placerville, and James Chester Taylor Jr., of Quartz Hill, were arrested on August 5, posted bail and were released. Vika Finau Vaka of Oakland posted bail and was released.

The fraudulent contractor bonds and fake certificates of liability and workers' compensation insurance were allegedly issued in connection with ANJ Construction of Sacramento. Vaituulala, part owner and managing partner of the firm, submitted four contractor bid proposals for public works projects across California. Investigators say the bids were backed by the phony documents, creating significant financial liability for the municipalities.

The case involved public works bids made by ANJ Construction between 2001 and 2003:

City of Sacramento: ANJ Construction won a contract in 2002 with the City of Sacramento, bidding $691,800 to recoat the interior of the Freeport Reservoir water tower. ANJ allegedly submitted a fake Guarantee Bond from Millennium Bonding, a Texas surety company that is not authorized to transact insurance in the state of California. Robert Joe Hanson allegedly issued the bond when he was not licensed to sell insurance in California. ANJ allegedly submitted required insurance documents to the City of Sacramento which showed that it was ostensibly insured by Hartford Insurance, Lincoln General and Villanova. The documents were allegedly signed by Thomas Shirley, who was not licensed to sell insurance in California and was not an authorized agent for the insurance companies. When the City of Sacramento discovered the deception in February 2003 it ordered ANJ to stop all work and terminated the contract. The city had paid ANJ $48,600 as partial payment on the project, which included $20,250 for bonds and insurance.

Marin Municipal Water District: ANJ won a $314,400 contract in 2002 with the Marin Municipal Water District to recoat a water tank. ANJ allegedly submitted false insurance documents which reflected that it was insured with Hartford, Lincoln General and Villanova. The CDI investigation division found that the insurance documents, purportedly signed by Thomas Shirley, were fraudulent and the Municipal Water District terminated the contract.

Metropolitan Water District of Southern California: ANJ bid $265,000 in 2003 to recoat the interior and exterior of the Sepulveda Canyon water tanks for the Metropolitan Water District of Southern California. The bid included a Bidder's Bond purportedly issued by Thomas Shirley showing ANJ was insured with the Hartford Insurance Company. The Water District rejected the bid after confirming with Hartford that the Bidder's Bond was fraudulent.

The City of Folsom: ANJ won a contract in 2002, bidding $324,000 to recoat a water tower for the City of Folsom and allegedly included a false Bidder's Bond issued by Vika Vaka. ANJ also filed bonds issued by James C. Taylor, Jr. who was not licensed to sell insurance in the State of California. The City of Folsom rescinded the contract.

Charges

Vaituulala is still at large. Bail set at $25,000 and he is charged with seven counts of forgery, six counts of passing a forged document, seven counts of procuring or offering false or forged instrument and one count of grand theft.

Vaka's bail was set at $10,000. He was arrested and charged with two counts of forgery, two counts of passing a forged document and two counts of procuring or offering false or forged instrument.

Shirley's bail was set at $50,000. He was arrested on August 5 and charged with three counts of forgery, three counts of passing a forged document and three counts of procuring or offering false or forged instrument.

Taylor was arrested on August 5 and bail set at $10,000. He was charged with one count of forgery, one count of passing a forged document and one count of procuring or offering false or forged instrument.

Hanson is still at large and his bail wasl set at $50,000. He is charged with one count of forgery and one count of procuring or offering false or forged instrument.

http://sao.state.mt.us/news/20050215fakesuretybonds.html

Consumer Alert

Contact:Stacia Dahl

MORRISON ISSUES CEASE AND DESIST AGAINST SHONTO SURETY, INC. FOR SELLING FAKE SURETY BONDS, ACCUSED ARRESTED IN CALIFORNIA

HELENA, Mont., February 15, 2005 - Montana State Auditor John Morrison issued a Cease and Desist Order against Shonto Surety, Inc. and Robert Joe Hanson for participating in a scam that used insurance certificates and fake contractor bonds to win bids of public works projects. Hanson, 47, of Las Vegas Nevada uses the company names of Shonto Surety and Individual Surety, LTD and is not licensed in the State of Montana. Several small contracting companies in Montana have already been victimized by this scam. Cease and Desist orders have also been issued in Washington, Nevada, Florida and Georgia against Hanson and Individual Surety, LTD. Hanson was recently arrested on a warrant for insurance violations in California. Those proceedings are pending. "Criminals will go to great lengths to commit fraud," said State Auditor John Morrison. "I will continue to fight these illegal insurers to protect Montana's small businesses." Hanson is accused of acting as an unlicensed insurance producer and selling fraudulent surety insurance, bid and performance bonds to small contractors in Montana. The majority of solicitations were made in the Butte and Kalispell areas for construction projects at three locations in the State of Montana. Hanson illegally sold surety bonds for construction bids, which totaled over $4 million in bond value in Montana. "The best way to fix this situation is to make it a felony to sell illegal insurance plans in Montana," said Morrison. "As Montana

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007

State Auditor, I have been working with legislative leaders to try to pass such legislation this session. We recently introduced SB 114 which would give my office the tools we need to prosecute these types of criminals." Investigators believe there are more Montana victims. Robert Joe Hanson's last known address was 2867 Destino Lane, Henderson, Nevada and Individual Surety, LTD was last listed at 6402 McLeod Dr. #5, Las Vegas, Nevada. He has previously done business as Millennium Bonding, Global Bonding and Individual Surety. Prior to setting up Shonto Surety, Hanson operated a business called I.S., a Native American Corporation. If you have been contacted, or have information concerning any of these entities, please contact the Investigations Unit at the State Auditor's Office at 1-800-332-6148 or 406-444-2040.

http://www.insurancejournal.com/news/southcentral/2005/07/27/57645.htm?print=1

Okla. Orders Bonding Company to Cease and Desist
July 27, 2005
Oklahoma Insurance Commissioner Kim Holland announced she is ordering Global Bonding to stop conducting unauthorized business involving insurance in Oklahoma.
The order states the company has violated state law by misleading consumers, construction companies and subcontractors regarding surety bonding for construction projects.

"Businesses, government entities, architects, contractors and anyone involved in construction, needs to be aware that this company is not authorized to do business in Oklahoma and they are taking a big risk if they hire Global Bonding to insure construction for their project," Holland said.
The action resulted from a complaint received by the Oklahoma Insurance Department from a subcontractor working on a construction job for Newcastle Independent School District. Investigation by the department revealed that Global Bonding, a company based in Las Vegas and operated by Robert Joe Hanson, was not licensed to conduct insurance business in Oklahoma.
Global Bonding has also been ordered to cease and desist doing insurance business in Nevada, Texas, Montana, Washington, Georgia and Florida.
Oklahoma Insurance Department investigators believe the company is targeting small and disadvantaged businesses that sometimes have difficulty obtaining bonding. The department of the Army issued a Criminal Alert Notice citing Global Bonding and Robert Joe Hanson, with the alias of Dennis R. Lyon, and several other companies and individuals affiliated with Hanson. The report stated Hanson had submitted fictitious bonds on numerous U.S. Government contracts.

http://www.insurancejournal.com/magazines/southcentral/2005/08/22/newsbriefs/

BONDING COMPANY ORDERED TO STOP

Oklahoma Ins-urance Commiss-ioner Kim Holland ordered Global Bonding to stop conducting unauthorized business involving insurance in Oklahoma. The order states the company violated state law by misleading consumers, construction companies and subcontractors regarding surety bonding for construction projects.
The action resulted from a complaint received by the Oklahoma Insurance Department from a subcontractor working on a construction job for Newcastle Independent School District. An investigation revealed that Global Bonding, a company based in Las Vegas and operated by Robert Joe Hanson, was not licensed to conduct insurance business in Oklahoma.
Global Bonding has also been ordered to cease and desist doing insurance business in Nevada, Texas, Montana, Washington, Georgia and Florida.

Investigators believe the company is targeting small and disadvantaged businesses that sometimes have difficulty obtaining bonding. The Department of the Army issued a Criminal Alert Notice citing Global Bonding and Robert Joe Hanson, with the alias of Dennis R. Lyon, and several other affiliated companies and individuals. Hanson allegedly had submitted fictitious bonds on numerous U.S. government contracts.

http://www.insurancejournal.com/news/west/2004/08/26/45311.htm?print=1

Montana Acts on Worthless Contractor Bonds

August 26, 2004
The state auditor has issued a cease and desist order against a man suspected of selling worthless contractor bonds to companies that used them to insure $4 million in public works projects.
State Auditor and Insurance Commissioner John Morrison said Robert Joe Hanson of Las Vegas used the company name Individual Surety LTD and is not licensed in Montana.
Morrison's office learned of Hanson's suspected scam by another contractor who was trying to verify Hanson's license. Hanson also had given that contractor a list of projects he was currently insuring.
The state alleges Hanson illegally guaranteed surety bonds for $185,000, $13,900 and $43,000 _ costing the contractors thousands of dollars. The majority of the solicitations were made in the Butte area. Authorities believe there could be more victims.
Cease and desist orders have also been issued against Hanson in Nevada, Florida and Georgia.
His last known address is Henderson, Nev. and his company's address is in Las Vegas. There is a warrant for Hanson's arrest in California, Morrison said.
Hanson has also previously done business as Millennium Bonding and Global Bonding.

http://www.insurancejournal.com/news/west/2004/08/26/45311.htm?print=1

Ga. Commissioner Orders Nev. Company to Cease Business

December 10, 2003
Georgia Insurance Commissioner John Oxendine has ordered Global Bonding, Millennium Bonding Enterprises, Robert Joe Hanson and Reve' M. Pete to stop transacting surety insurance business in Georgia. Oxendine said his office has no record of these companies or individuals being licensed in Georgia.
The Nevada-based companies have reportedly sold, and have been advertising for sale, surety bonds to the construction industry in Georgia and other states. It is believed that these companies target low-income, minority and women-owned businesses when selling unlicensed surety bonds.
The order also calls for the immediate removal of any reference to Global Bonding or Millennium Bonding Enterprises from the contents of any Web site over which Hanson or Pete are the named registrants or over which they have control or influence.
"These unauthorized companies are preying on businesses and consumers," Oxendine said. "They've been offering a product at an attractively low price, but the unlicensed status of these entities makes any product they offer illegal in the state of Georgia."
Hanson is located in Las Vegas and Ms. Pete is in Albany, Ga.
Global Bonding, Millennium Bonding Enterprises and Robert Joe Hanson have reportedly been operating over the Internet and marketing themselves as a "federally approved alternative." The companies also claim to be a "treasury approved provider" and state that the bonds are written according to federal guidelines.

**Back to top**                        

---

**Hunter**                        🗋 Posted: Sat Jul 29, 2006 10:19 pm    Post subject: Misc. information from Bellwether Site                        

Joined: 16 Sep 2005
Posts: 1886                        http://web.archive.org/web/20030726131156/http://www.bellwethertrust.com/

Bellwether Trust Company is:
· An IRA Custodian Servicing Traditional, Roth and SEP IRAs under the guidelines established by the IRS.
· A self-directed IRA asset management service for Private Placement types of investments and Public Equities, where the investor selects one or more Broker/Dealers.
· A private labeled service for other financial institutions who want to outsource their IRA operations.
· A consolidation service for the investor looking to combine all their existing IRAs while maintaining their existing brokerage relationships.
.Since Bellwether Trust Company does not provide investment advise, its fees are fixed and not a percentage of the IRA assets held within the account. In addition, Bellwether Trust Company's web site is designed to provide support to the designated representatives, their clients and the investment products.

Case 1:06-cv-00079-RBW     Document 29-2     Filed 01/03/2007

http://web.archive.org/web/20031009184603/http://www.bellwethertrust.com/

BELLWETHER - a self directed asset management company.
BELLWETHER IS RE-TOOLING OUR WEB SITE OVER THE NEXT FEW WEEKS, UNTIL THEN PLEASE REVIEW THE FOLLOWING
INFORMATION.
With years of experience in trust banking at Bank of America and UBS, Bellwether is able to tailor its services to meet our clients needs.
Bellwether provides Asset Management services to help our clients benefit from their assets no matter where they are located. Currently,
Bellwether has at least 30 billion in assets under management.
Bellwether has banking relationships with Wells Fargo Bank in Utah, HSBC in London, Santander Bank in Spain and Societe Generale in
Singapore.
Bellwether is also able to provide our clients with Letters of Credit, Standby Letters of Credit and Bank Guarantees as credit
enhancements for projects.
Bellwether can work for you in obtaining a business loan or as your distribution agent and/or project manager.
Bellwether is currently involved in a number of loan transactions starting at 30 million and going up to 150 million.
Bellwether is the distribution agent for a 1.1 billion dollar and a 240 million dollar set of transactions.
An as for project management activities Bellwether is helping a client buy and sell oil, where Bellwether has located an oil provider and a
shipper for our client to use. The client is currently delivering 80,000mt per month to their buyer.
Bellwether is also able to setup Trusts and Self Directed IRAs.
Bellwether does not provide investment advice and only works at the request of the client, where Bellwether receives a fixed fee.
And while Bellwether does not buy or sell bank instruments we can introduce you to reputable companies who can.
To find out more about Bellwether and how we can help you please email us at:
info@bellwethertrust.com

http://web.archive.org/web/20040311200448/http://www.bellwethertrust.com/investments.html

INVESTMENTS
THERE ARE BASICALLY TWO TYPES OF INVESTMENTS.
"PUBLIC EQUITIES" AND "PRIVATE PLACEMENTS".

"Public Equities", such as stocks, bonds and mutual funds, can be purchased from a broker or brokerage firm who is licensed to act as an
intermediary between a buyer and seller of public securities, usually charging a commission. CDs are short or medium term, low-risk

interest-bearing, FDIC-insured debt instruments offered by banks and savings & loans.

"Private Placements", or over-the-counter offerings, are investments not traded on any major exchanges such as the NY Stock Exchange, NASDAQ. They include such instruments as:
Limited Partnerships
A business organization with one or more general partners who manage the business and assume legal debts and obligations, and one or more limited partners who do not participate in day-to-day operations and are only liable to the extent of their investments.
Limited Liability Corporations (LLC)
A type of company authorized only in certain states, whose owners and managers receive the limited liability and (usually) tax benefits of an S corporation without having to conform to the S corporation restrictions.
Notes
A short-term debt security, usually with a maturity date of 5 years or less. It can also be a legal document that obligates the borrower to repay a mortgage loan at a specified interest rate during a specified period of time, or on demand.
Private Corporations
Corporations whose shares are not traded on the open market.
Deeds of Trust
A loan to finance the purchase of real estate usually with specified payment periods and interest rates. The borrower (mortgager) gives the lender a lien on the property as collateral for the loan.
Commercial Paper
An unsecured obligation issued by a corporation or bank to finance its short-term credit needs, such as accounts receivable and inventory. It usually matures from 2 to 270 days.
Tax Certificates
The purchase of a claim against assets filed by a taxing authority against property of a person who owes back taxes.
Off Shore CDs
A short, medium or long-term, interest bearing, insured debt instrument offered by international banks.

http://web.archive.org/web/20020604063045/http://www.bellwethertrust.com/contact.htm

Contact:
Bellwether Trust Company
PO Box 7080
San Carlos, CA 94070
info@bellwethertrust.com
(650) 593-3788

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007    Page 16 of 25

http://web.archive.org/web/20031207153133/http://www.bellwethertrust.com/about.html

Our president, George Gowen, has over 30 years of experience working in the banking industry. He along with our senior staff are dedicated to you financial success alone.

Our email address is info@bellwethertrust.com.

Our mailing address is:
PO Box 681839
Park City, Utah 84068-1839

**Back to top**



---

**Hunter**

Joined: 16 Sep 2005
Posts: 1886

Posted: Sun Jul 30, 2006 12:35 am    Post subject: Hunter-Prell - Certusia Case

(quote)

**Click to view Complaint** by **Hunter-Prell Company** against **Patrician Company, Millennium Bonding a/k/a Robert Joe Hanson a/k/a Individual Surety**, and **Certusia Reinsurance Company Inc.**

The case is a construction action against a general contractor, surety and guarantor for amounts due subcontractor Hunter-Prell for work performed on a federal construction project located in Augusta, MI. Hunter-Prell was subcontractor to PatRican on a Project.

On November 4, 2002, PatRican obtain a surety payment bond executed by Millenium Bonding a/k/a Robert Joe Hanson a/k/a Individual Surety.

The surety's obligations under the surety payment bond were guaranteed in writing by Certusia.

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007    Page 17 of 25

Case 1:05-cv-00080-GJQ    Document 1-4    Filed 02/01/2005    Page 2 of 4

Liaison Offices: 625 Greenhill Avenue, Unit 9
Hamilton, Ontario L8K 5W9
Telephone: 905.560.5596 • Facsimile: 405.308.5830
Website: certusiagroup.com



# CERTUSIA RE
## REINSURANCE COMPANY, INC.

October 14, 2002

Corporate Note Number Ten (10):

It is hereby understood and agreed that Certusia Re is pledging an aggregate of $10,000,000.00 in the form of a Corporate Note Number Ten, to back Millennium Bonding Enterprise, 3115 Erie Street, Fort Worth, Texas 76104.

This Corporate Endorsed Note is made by Certusia Reinsurance Company Inc. Hereinafter called "Guarantor" pursuant to aggregate capacity ( aggregate meaning total one time issue against this note) letter dated October 14, 2002 by and between Certusia Reinsurance Company Inc. and Millennium Bonding Enterprise, hereinafter called "Principal".

Guarantor, by and with these presents, irrevocably and unconditionally, jointly and severally on and in behalf of all heirs, executors and assigns, covenant and agrees that, upon default by the Principal guarantee all of the obligations of the principal on bonds issued pursuant to Aggregate Capacity Letter referenced above. All losses are due to offset and recovery made and certified by M. B. E., Risk Management. Guarantor will have 15 days to pay any claims made on behalf of Principal.

Certusia Reinsurance Company Inc. may cancel this Note at any time. If canceled the Note will remain in effect until all issued bonds under this authorization are completed.

By: _____
Larry E. Haynes, President

THIS IS A CERTIFIED COPY OF THE ORIGIN

VERONICA MUNOZ
NOTARY PUBLIC
STATE OF TEXAS

Veronica Munoz



## FINANCIALS

**Certusia Reinsurance Company, Inc.**
ACCOUNT ON 31 JANUARY 2002
After profit appropriation

*Auditors basis of opinion*

We conducted our review of the financial statements based on the information and explanations provided by the directors and examined the evidence relevant to the amounts and disclosures in the financial statements.

We performed our review so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion, we also evaluated the overall adequacy of the presentation of information in the financial statement.

*Opinion*

In our opinion, the financial statements give a true and fair view of the state of the company's affairs at 31 January 2002.

KASSIM-LAKHA ABDULLA & CO.
Chartered Accountants

ASSETS US$

| | |
|---|---|
| Investments | 568,834,300 |
| Secured Treasury Facility Note | 593,750,000 |
| Cash and short-term receivables | 18,750,000 |
| Total Assets | 1,181,334,300.00 |

LIABILITIES

| | |
|---|---|
| Net Assets | 1,181,334,300.00 |

Shareholders' Equity

| | |
|---|---|
| Share capital | 1,181,334,300.00 |
| Total shareholders equity | 1,181,334,300.00 |

These financial statements were approved by the board on 13 February 2002 and signed on its behalf by:

THIS IS A CERTIFIED COPY OF THE ORIGINAL

VERONICA MUNOZ
Notary Public
STATE OF TEXAS

*Veronica Munoz*

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007

Case 1:05-cv-00080-GJQ    Document 1-4    Filed 02/01/2005    Page 4 of 4

**Certusia Final Bonds**
**Corporate Note #10**
$    10,000,000.00

| Contractor | Bond # | Date Issued | Amount | Job Description |
|---|---|---|---|---|
| Professional Wallcovering | pwc-001-pp | 12/13/02 | $    219,236.00 | Hensel Phelps Company |
| Wimbley Holdings | whi-001-pp | 10/16/02 | $    85,067.00 | MWH Constructors |
| Wimbley Holdings | whi-002-pp | 10/16/02 | $    149,188.00 | MWH Constructors |
| B.E.N. Construction | ben-001-pp | 10-18-023 | $    290,592.00 | Tinker AFB |
| Craft Tech Builders | ctb-001-pp | 10/18/02 | $    112,647.00 | Atlanta Contracting Center |
| CATI, Inc. | CAT-001-PP | 10/24/02 | $    484,631.00 | National Park Service |
| Air Control Technologies | ACT-001-PP | 11/2/02 | $    572,600.00 | V.A. of West Los Angeles |
| Patrican, Inc. | PCI-001-Payment | 11/4/02 | $    3,982,000.00 | USPFO for Michigan |
| Patrican, Inc. | PCI-001-Pperformance | 11/4/02 | $    3,982,000.00 | USPFO for Michigan |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Totals |  | Penal Sum Written | $  9,877,961.00 |  |

This is a full acountability of all bonds written on $10,000,000.00 Aggregate

Robert Joe Hanson

11·04·2002
Date



Alabama Against Fraud :: View topic - Edmund Scarborough, Larry James Wright, George James Gowen    Page 20 of 25     Page 20 of 25

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007    Page 20 of 25

**Hunter**

Joined: 16 Sep 2005
Posts: 1886

□ Posted: Sun Jul 30, 2006 12:39 am    Post subject: Docket Hunter-Prell vs. Millennium Bonding and Certusia      🔍 quote

United States District Court
Western District of Michigan (Grand Rapids)
CIVIL DOCKET FOR CASE #: 1:05-cv-00080-GJQ
Hunter-Prell Company v. Patrician Company et alAssigned to: Judge Gordon J. QuistDemand: $233,000Related Cases: 1:04-cv-00457-GJQ
1:04-cv-00593-GJQ
Cause: 40:270 Miller Act Date Filed: 02/01/2005Jury Demand: NoneNature of Suit: 130 Miller ActJurisdiction: Federal Question
plaintiff
Hunter-Prell Company named as "The United States of America for the use and benefit of Hunter-Prell Company", a Michigan corporation
represented by Christopher J. Predko Warner Norcross & Judd LLP (Grand Rapids) 900 Fifth Third Ctr. 111 Lyon St., NW Grand Rapids,
MI 49503-2487 (616) 752-2000 Fax: (616) 752-2500 Email: predkocj@wnj.com LEAD ATTORNEY ATTORNEY TO BE NOTICED

V.
defendant
Patrician Company an Ohio corporation, jointly and severally formerly known asPatRican, Inc.

defendant
Millennium Bonding jointly and severally also known asIndividual Suretyalso known asRobert Joe Hanson

defendant
Certusia Reinsurance Company, Inc. jointly and severally

Date Filed # Docket Text
02/01/2005 1 COMPLAINT against Millennium Bonding, Certusia Reinsurance Company, Inc., Patrician Company filed by Hunter-Prell
Company (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (cmi, ) Additional attachment(s) added on 5/4/2005 (cmi, ). (Entered:
02/03/2005)
02/01/2005 RECEIPT: in the amount of $150.00, receipt number 348463; for filing fee (cmi, ) (Entered: 02/03/2005)
02/01/2005 SUMMONS ISSUED as to Millennium Bonding, Certusia Reinsurance Company, Inc., Patrician Company (cmi, ) (Entered:
02/03/2005)
02/01/2005 2 DISCLOSURE STATEMENT by plaintiff Hunter-Prell Company (cmi, ) (Entered: 02/03/2005)
02/03/2005 3 Memorandum regarding potentially related case returned to Clerk from Magistrate Judge Brenneman indicating that this
case is related to 1:04-cv-593, 1:04-cv-457 (cmi, ) (Entered: 02/03/2005)
03/11/2005 4 SUMMONS RETURNED UNEXECUTED as to Millennium Bonding a/k/a Robert Joe Hanson a/k/a Individual Surety, filed by
plaintiff Hunter-Prell Company (Predko, Christopher) (Entered: 03/11/2005)

04/12/2005 5 SUMMONS returned executed; Patrician Company served on 3/28/2005, answer due 4/18/2005 (Predko, Christopher) (Entered: 04/12/2005)

05/04/2005 6 NOTICE OF IMPENDING DISMISSAL as to defendants Millennium Bonding and Certusia Reinsurance Company, Inc. for failure to serve; petition to be submitted by 6/1/2005 or the case will be dismissed ; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, mil) (Entered: 05/04/2005)

05/04/2005 7 ORDER TO SHOW CAUSE: Plaintiff to show cause by 5/18/2005; ; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, mil) (Entered: 05/04/2005)

05/17/2005 8 APPLICATION for entry of default as to Defendant Patrician Company (Attachments: # 1 Affidavit of Christopher J. Predko# 2 Proposed Order Entry of Default as to Defendant Patrician Company) (Predko, Christopher) (Entered: 05/17/2005)

05/17/2005 9 DEFAULT entered 8 re application for entry of default as to defendant Patrician Company (elc, ) (Entered: 05/18/2005)

05/20/2005 10 CERTIFICATE OF SERVICE by plaintiff Hunter-Prell Company re 8 (Predko, Christopher) (Entered: 05/20/2005)

05/30/2005 11 MOTION for service by publication , Request for Additional Time for Service of Process, and Plaintiff's Verified Petition Regarding Service of Process by plaintiff Hunter-Prell Company; (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Predko, Christopher) (Entered: 05/30/2005)

06/16/2005 12 PROPOSED ORDER regarding Plaintiff's Petition for Service of Process by Publication by plaintiff Hunter-Prell Company (Predko, Christopher) (Entered: 06/16/2005)

06/17/2005 13 ORDER granting 11 motion for service by publication, entered ORDER 12 ; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, mil) (Entered: 06/17/2005)

07/20/2005 14 CERTIFICATE OF SERVICE by plaintiff Hunter-Prell Company re 13 (Predko, Christopher) (Entered: 07/20/2005)

09/06/2005 15 AFFIDAVIT of Publication by plaintiff Hunter-Prell Company (Predko, Christopher) (Entered: 09/06/2005)

11/30/2005 16 APPLICATION for entry of default as to Defendants Millennium Bonding a/k/a Robert Joe Hanson a/k/a Individual Surety and Certusia Reinsurance Company, Inc. (Attachments: # 1 Affidavit in Support of Application for Entry of Default) (Predko, Christopher) (Entered: 11/30/2005)

12/01/2005 17 DEFAULT entered re 16 application for entry of default as to defendants Millennium Bonding a/k/a Robert Joe Hanson a/k/a Individual Surety and Certusia Reinsurance Company, Inc. (elc) Modified on 12/1/2005 to edit text (elc). (Entered: 12/01/2005)

04/26/2006 18 ORDER regarding default judgment; plaintiff to submit pleadings to seek judgment against defendants within 14 days ; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, sas) (Entered: 04/26/2006)

05/12/2006 19 MOTION for default judgment as to Patrician Company f/k/a Patrician, Inc., Millennium Bonding a/k/a Robert Joe Hanson a/k/a Individual Surety and Certusia Reinsurance Company, Inc. by plaintiff Hunter-Prell Company; (Attachments: # 1 Affidavit in Support of Application for Judgment by Default) (Predko, Christopher) (Entered: 05/12/2006)

06/07/2006 20 PROPOSED ORDER regarding Judgment by Default by plaintiff Hunter-Prell Company (Predko, Christopher) (Entered: 06/07/2006)

06/16/2006 21 ORDER granting 19 motion for default judgment, entered ORDER AND JUDGMENT 20 ; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, mil) (Entered: 06/16/2006)

Back to top    ( profile ) ( pm )

Hunter    D Posted: Sun Jul 30, 2006 12:45 am    Post subject: Misc. info Certusia site - Larry Hayes, Mel Derutledge



Joined: 16 Sep 2005
Posts: 1886

**INFORMATION FROM CERTUSIA SITE**

The company's principal business is providing private guaranties to support the repayment of financial obligations. The company also issues performance bonds, underwrites other insurance coverage, and occasionally provides traditional reinsurance on a pooling basis. In addition, the company acts as manager and supervising entity for the performance of specific projects, and provides infrastructure supervision and management for large international projects. The company also provides financial surety instruments and asset enhancement for large multinational business ventures.


ASSETS US$

Investments 568,834,300
Secured Treasury Facility Note 593,750,000
Cash and short-term receivables 18,750,000
Total Assets 1,181,334,300.00

LIABILITIES

Net Assets 1,181,334,300.00

Shareholders' Equity

Share capital 1,181,334,300.00
Total shareholders equity 1,181,334,300.00

Certusia Reinsurance Group-USA
North America Office: 635 Greenhill Avenue, Suite 10
Hamilton, Ontario L8K 5W9
Telephone: 905-560-5596 Facsimile: 413-208-5830

UK Office Telephone: 07786 706987

MANAGING MEMBERS:
Certusia Reinsurance Group (North America)
**Mel Derutledge**, International Rainmaker

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007    Page 23 of 25

Certusia Reinsurance Group (United States)
**Larry Haynes**, Group President-North America

Certusia Reinsurance Group (United States)
**Inglehart Williams**

http://web.archive.org/web/20021012153941/http://www.certusiagroup.com/page1.html
The company's principal business is providing private guaranties to support the repayment of financial obligations. The company also issues performance bonds, underwrites other insurance coverage, and occasionally provides traditional reinsurance on a pooling basis. In addition, the company acts as manager and supervising entity for the performance of specific projects, and provides infrastructure supervision and management for large international projects. The company also provides financial surety instruments and asset enhancement for large multinational business ventures.

Certusia Reinsurance COMPANY, INC. utilizes assets received from its participant assignors, and controlled by the company to form a multinational property pool to raise debt capital for projects. Certusia Reinsurance COMPANY, INC. operates as a financial Surety, providing sureties and bonds as additional collateral and surety in particular projects where a "lender" seeks to have a source of recovery for the "loan," in addition to the "borrower" and a particular collateral provides as part of the transaction.
Certusia Reinsurance COMPANY acts as an additional "insurer" for the "lender" and guarantees repayment of the "loan." If required, a liquidation of assets that has been assigned to the company for that purpose only as assignor maybe accomplished and the recovery from the person or persons responsible will be sought. Assets assigned as specific collateral will remain pledged as security until the related contract of surety has been completed. The company, whenever possible, maintains confidentiality as to the identity of individuals assigning assets.
In addition to North America we have offices in Continental Europe and opening Eastern and Southern Africa as is appropriate to our international perspective. We look to develop our business by providing a more comprehensive response to the requirements of our Policyholders, be they national or multinational in their structure or outlook.

This brochure is intended to outline the basic content and format of our various standard types of specialist insurance. Should you require any further information on CIG and the services we offer, please contact your broker, financial advisor or CIG

http://web.archive.org/web/20021012160233/http://www.certusiagroup.com/page4.html

ACCOUNT ON 31 JANUARY 2002

After profit appropriation Auditors basis of opinion

We conducted our review of the financial statements based on the information and explanations provided by the directors and examined the evidence relevant to the amounts and disclosures in the financial statements.We performed our review so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion, we also evaluated the overall adequacy of the presentation of information in the financial statement.

Opinion

In our opinion, the financial statements give a true and fair view of the state of the company's affairs at 31 January 2002.

ASSETS US$
Investments 568,834,300
Secured Treasury Facility Note
593,750,000
Cash and short-term receivables
18,750,000Total Assets 1,181,334,300.00

LIABILITIES

Net Assets 1,181,334,300.00

Shareholders' Equity

Share capital 1,181,334,300.00

Total shareholders equity 1,181,334,300.00

TAKING CARE OF BUSINESS

The range of situations where extremes are experienced and catered for are reflected in the relevance of CIG's specialist facilities. This is also evidenced in the range of industries represented by our Policyholders, for example, Natural Resources, Transportation, Manufacture and Finance. We do not generally seek business where the market is already being adequately served.

We look to provide our Policyholders with support that my not have previously existed, in a form suitable to modern business needs. We have a genuine interest with our Policyholders in taking care of business or, as we say in France, L Assurance du savoir-faire.

Case 1:06-cv-00079-RBW    Document 29-2    Filed 01/03/2007    Page 25 of 25

Certusia Reinsurance Group-USA
North America Office: 635 Greenhill Avenue, Suite 10
Hamilton, Ontario L8K 5W9
Telephone: 905-560-5596 Facsimile: 413-208-5830

UK Office Telephone: 07786 706987

**Back to top**          

Display posts from previous:  All Posts      Oldest First     Go

     **Alabama Against Fraud Forum Index -> HYIP / Advance Fee**                    All times are GMT
**Page 1 of 1**

Jump to:  HYIP / Advance Fee     Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB © 2001, 2005 phpBB Group