UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND C. SCARBOROUGH,
INTERNATIONAL BONDING &
CONSTRUCTION SERVICES, INC.,
DR. LARRY JAMES WRIGHT,
THE UNDERWRITER'S GROUP,
GEORGE JAMES GOWEN and
FIRST MOUNTAIN BANCORP,

        Plaintiffs,                      CASE NO. 1:06-cv-00079-RBW

v.

NATIONAL ASSOCIATION OF
SURETY BOND PRODUCERS,

        Defendant.
_____/

## JOINDER IN PRIVACY ACT PLAINTIFFS' REQUEST FOR A RULING ON THEIR MOTION TO SEAL DEFENDANT'S MOTION TO CONSOLIDATE FOR PURPOSES OF DISCOVERY AND SUPPORTING MEMORANDUM

Plaintiffs, Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriters Group, George James Gowen and First Mountain Bancorp, notice their joinder in the request for a ruling on the motion to seal defendant's motion to consolidate for purposes of discovery and supporting memorandum filed on behalf of Privacy Act Plaintiffs..

                              Respectfully submitted,

                              /s/ Michael A. Piscitelli, Esq.
                              Michael A. Piscitelli, Esq.
                              D.C. Bar No: TX 0034
                              Vezina, Lawrence & Piscitelli, P.A.
                              300 S.W. 1st Avenue, Suite 150
                              Fort Lauderdale, Florida 33301
                              Phone: 954-728-1270

Fax: 954-728-1271
E-Mail: mpiscitelli@vlplaw.com

Attorneys for Edmund C. Scarborough, International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Peter Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA  01940
781-309-1500; 781-246-0167 Facsimile
Attorneys for Defendant.

Laurence Schor, Esq.
McManus, Schor, Asmar & Darden, LLP
1155 Fifteenth Street, N.W., Suite 900
Washington, DC 20005
202-296-9260; 202-659-3732 Facsimile

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895; 202-514-8780 Facsimile

/s/ Michael A. Piscitelli, Esq.
Michael A. Piscitelli, Esq.