UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDMUND C. SCARBOROUGH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-79 (RBW) |
| NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendant's motion to consolidate for purposes of discovery is DENIED. It is further

**ORDERED** that the plaintiffs' motion to seal the defendant's motion to consolidate is GRANTED. It is further

**ORDERED** that the plaintiffs' motion to retransfer this action to the United States District Court for the Middle District of Florida is GRANTED.

**SO ORDERED** this 7th day of February, 2007.

REGGIE B. WALTON
United States District Judge